B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Yakonskyy, Vyacheslav** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Yakonska, Iryna** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2775** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2776** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2830 Blackthorn Road<br>Ravenswood, IL**  ZIP Code **60015** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2830 Blackthorn Road<br>Riverwoods, IL**  ZIP Code **60015** |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business:<br>**Lake** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                        Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Yakonskyy, Vyacheslav** <br> **Yakonska, Iryna** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** ___/s/ David Freydin___                      ___August 22, 2011___ <br> Signature of Attorney for Debtor(s)                (Date) <br> **David Freydin** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)


☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Yakonskyy, Vyacheslav**
**Yakonska, Iryna**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  **/s/ Vyacheslav Yakonskyy**
Signature of Debtor **Vyacheslav Yakonskyy**

**X**  **/s/ Iryna Yakonska**
Signature of Joint Debtor **Iryna Yakonska**

Telephone Number (If not represented by attorney)

**August 22, 2011**
Date

#### Signature of Attorney*

**X**  **/s/ David Freydin**
Signature of Attorney for Debtor(s)

**David Freydin 6286192**
Printed Name of Attorney for Debtor(s)

**Law Offices of David Freydin, Ltd.**
Firm Name

**4433 West Touhy**
**Suite 405**
**Lincolnwood, IL 60712**

Address

**Email: david.freydin@freydinlaw.com**
**888-536-6607  Fax: 866-575-3765**
Telephone Number

**August 22, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Vyacheslav Yakonskyy**
**Iryna Yakonska**                                      Case No. _____

_____      Chapter   **7**  _____
                        Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                          Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Vyacheslav Yakonskyy**
        **Vyacheslav Yakonskyy**

Date:   **August 22, 2011**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Vyacheslav Yakonskyy**
       **Iryna Yakonska**            Case No. _____
                                    Debtor(s)       Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

    Signature of Debtor:   **/s/ Iryna Yakonska**

                          **Iryna Yakonska**

    Date:   **August 22, 2011**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Vyacheslav Yakonskyy,**
 **Iryna Yakonska**

Case No. _____

_____,
Debtors

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,300,000.00 | | |
| B - Personal Property | Yes | 3 | 24,358.88 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 2,949,360.76 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 46 | | 1,562,333.99 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 6,500.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 12,127.78 |
| Total Number of Sheets of ALL Schedules | | 61 | | | |
| Total Assets | | | 1,324,358.88 | | |
| Total Liabilities | | | | 4,511,694.75 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court

### Northern District of Illinois

In re  **Vyacheslav Yakonskyy,**
       **Iryna Yakonska**

Case No. _____

_____ ,

Debtors

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Vyacheslav Yakonskyy,**        Case No. _____

         **Iryna Yakonska**

                _____ ,

                   Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **House;** <br> **Location: 2830 Blackthorn Road, Deerfield IL 60015** <br> **Purchased in 2006 for $803,000** | **Joint Tenants** | **J** | **500,000.00** | **773,220.00** |
| **House;** <br> **Location: 1927 N. 77th Ave., Elmwood Park, IL 60707** <br> **Purchased in 2002 for $303,000** | **Joint Tenants** | **J** | **200,000.00** | **350,140.76** |
| **2-Flat;** <br> **Location: 2424 W. Ohio St., Chicago, IL 60612** <br> **Purchased in 2002 for 418,000** | **Joint Tenant with Yaroslav Kot** | **J** | **250,000.00** | **570,000.00** |
| **Commercial space;** <br> **Location: 1121 N. Western Ave., Chicago, IL 60622** <br> **Purchased in 2005 for $1,250,000** | **Joint Tenant with Yaroslav Kot** | **J** | **350,000.00** | **1,250,000.00** |

|  |  |
|---|---|
| Sub-Total > | **1,300,000.00**    (Total of this page) |
| Total > | **1,300,000.00** |

**0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re   **Vyacheslav Yakonskyy,**                                        Case No. _____
        **Iryna Yakonska**
                                                        ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Currency** | J | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Business Checking account at 5/3 Bank**  **Business checking at Chase Bank** | J  J | 558.88  4,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture and appliances** | J | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothes** | J | 200.00 |
| 7. Furs and jewelry. | | **Jewelry** | J | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                7,358.88
(Total of this page)

___2___ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Vyacheslav Yakonskyy,**                                    Case No. _____
       **Iryna Yakonska**
                                                    ,
                           Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% owner of IMVM, Inc. | H | 0.00 |
| | | 100% owner of VivaMax, Inc. | W | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          0.00
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Vyacheslav Yakonskyy,**           Case No. _____
    **Iryna Yakonska**

_____,
              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Mercedes E320; Mileage: 57,508, title held jointly with Bohdan Zaranok | W | 5,000.00 |
| | | 2000 Volvo truck; Mileage: 1,100,000; engine overhauled.; title held by VivaMax, Inc. | W | 2,000.00 |
| | | 2005 Utility trailer; title held by VivaMax, Inc. | W | 9,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Equipment used in business | J | 1,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 17,000.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 24,358.88 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re   **Vyacheslav Yakonskyy,**                                      Case No. _____
         **Iryna Yakonska**
                                                              ,
                                    Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                 *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Currency** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Business checking at Chase Bank** | **735 ILCS 5/12-1001(b)** | **2,000.00** | **4,000.00** |
| **Wearing Apparel** | | | |
| **Clothes** | **735 ILCS 5/12-1001(a)** | **200.00** | **200.00** |
| **Furs and Jewelry** | | | |
| **Jewelry** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2003 Mercedes E320; Mileage: 57,508, title held jointly with Bohdan Zaranok** | **735 ILCS 5/12-1001(c)** | **4,800.00** | **10,000.00** |
| **2000 Volvo truck; Mileage: 1,100,000; engine overhauled.; title held by VivaMax, Inc.** | **735 ILCS 5/12-1001(d)** | **2,000.00** | **2,000.00** |
| **2005 Utility trailer; title held by VivaMax, Inc.** | **735 ILCS 5/12-1001(d)** **735 ILCS 5/12-1001(b)** | **1,000.00** **2,000.00** | **9,000.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **Equipment used in business** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |

|  | Total: | **13,600.00** | **26,800.00** |
|---|---|---|---|

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **Vyacheslav Yakonskyy,**
       **Iryna Yakonska**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx8487** | | | **First Mortgage** | | | | | |
| **Bank of America Home Loans** AZ1-807-01-19 1515 W. 14th St. Tempe, AZ 85281 | | J | **House;** **Location: 2830 Blackthorn Road,** **Deerfield IL 60015** **Purchased in 2006 for $803,000** | | | | | |
| | | | Value $            500,000.00 | | | | 596,220.00 | 96,220.00 |
| Account No. **xxxxxxxxxx0209** | | | **First Mortgage** | | | | | |
| **Bayview Loan Servicing** 4425 Ponce De Leon Blvd 5th Floor Miami, FL 33146 | | J | **Commercial space;** **Location: 1121 N. Western Ave.,** **Chicago, IL 60622** **Purchased in 2005 for $1,250,000** | | | | | |
| | | | Value $            350,000.00 | | | | 950,000.00 | 600,000.00 |
| Account No. **xxxxxxxxxx9747** | | | **Second Mortgage** | | | | | |
| **Chase Home Finance** PO BOX 78420 Phoenix, AZ 85062 | | J | **House;** **Location: 1927 N. 77th Ave., Elmwood Park, IL 60707** **Purchased in 2002 for $303,000** | | | | | |
| | | | Value $            200,000.00 | | | | 150,000.00 | 150,000.00 |
| Account No. **xxxxx6129** | | | **Second Mortgage** | | | | | |
| **GMAC Mortgage** 3451 Hammond Ave. PO BOX 780 Waterloo, IA 50704-0780 | | J | **House;** **Location: 2830 Blackthorn Road,** **Deerfield IL 60015** **Purchased in 2006 for $803,000** | | | | | |
| | | | Value $            500,000.00 | | | | 162,000.00 | 162,000.00 |
|  **2**  continuation sheets attached | | | Subtotal (Total of this page) | | | | 1,858,220.00 | 1,008,220.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6D (Official Form 6D) (12/07) - Cont.

In re  **Vyacheslav Yakonskyy,**                                    Case No. _____
**Iryna Yakonska**
_____,
                                Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mohammad and Patricia Zahedi 1300 W. Belmont Unit 502 Chicago, IL 60657** | | J | **Second Mortgage** <br><br> **Commercial space; Location: 1121 N. Western Ave., Chicago, IL 60622 Purchased in 2005 for $1,250,000** | | | | | |
| | | | Value $            350,000.00 | | | | 300,000.00 | 300,000.00 |
| Account No. <br><br> **Navistar Financial Corporation 75 Remittance Drive, Suite 1852 Chicago, IL 60675** | | J | **UCC Lien** <br><br> **2005 Utility trailer; title held by VivaMax, Inc.** | | | | | |
| | | | Value $              9,000.00 | | | | 6,000.00 | 0.00 |
| Account No. xxxxxxxxxxx9589 <br><br> **PNC Mortgage 3232 Newmark Drive Miamisburg, OH 45342** | | J | **Second Mortgage** <br><br> **2-Flat; Location: 2424 W. Ohio St., Chicago, IL 60612 Purchased in 2002 for 418,000** | | | | | |
| | | | Value $            250,000.00 | | | | 210,000.00 | 210,000.00 |
| Account No. <br><br> **Scheck Lumber Company c/o Nigro & Westfall 1793 Bloomingdale Rd. Glendale Heights, IL 60139** | | J | **Judgement Lien** <br><br> **House; Location: 2830 Blackthorn Road, Deerfield IL 60015 Purchased in 2006 for $803,000** | | | | | |
| | | | Value $            500,000.00 | | | | 15,000.00 | 15,000.00 |
| Account No. **xxxx17.60** <br><br> **Selfreliance Ukrainian American FCU PO Box 4521 Carol Stream, IL 60197-4521** | | J | **First Mortgage** <br><br> **House; Location: 1927 N. 77th Ave., Elmwood Park, IL 60707 Purchased in 2002 for $303,000** | | | | | |
| | | | Value $            200,000.00 | | | | 200,140.76 | 140.76 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

731,140.76        525,140.76

B6D (Official Form 6D) (12/07) - Cont.

In re **Vyacheslav Yakonskyy,**                            Case No. _____

       **Iryna Yakonska**

_____,

                           Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx-xx0/-090** <br><br> **Selfreliance Ukrainian American FCU** <br> **PO Box 4521** <br> **Carol Stream, IL 60197-4521** | | J | **First Mortgage** <br><br> **2-Flat;** <br> **Location: 2424 W. Ohio St., Chicago, IL 60612** <br> **Purchased in 2002 for 418,000** <br><br> Value $           **250,000.00** | | | | **360,000.00** | **110,000.00** |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | **360,000.00** | **110,000.00** |
| Total <br> (Report on Summary of Schedules) | **2,949,360.76** | **1,643,360.76** |

B6E (Official Form 6E) (4/10)

.

In re  **Vyacheslav Yakonskyy,**
     **Iryna Yakonska**

                         ,
                Debtors

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

              **1**     continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Vyacheslav Yakonskyy,**
       **Iryna Yakonska**
Case No. _____

Debtors ,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-xxx-xxx-0000**  <br><br>**Cook County Treasurer**<br>**118 N. Clark Street, Suite 112**<br>**Chicago, IL 60602** | | J | | | | | Unknown | Unknown <br><br> Unknown |
| Account No.  <br><br>**Internal Revenue Service**<br>**PO BOX 7346**<br>**Philadelphia, PA 19101-7346** | | J | | | | | Unknown | Unknown <br><br> Unknown |
| Account No. **xx-xx-xx3-034**  <br><br>**Lake County Collector**<br>**18 N. County St., Suite 102**<br>**Waukegan, IL 60085** | | J | | | | | Unknown | Unknown <br><br> Unknown |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 <br> 0.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 <br> 0.00 | 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re   **Vyacheslav Yakonskyy,**
**Iryna Yakonska**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| **Account No.** | | | | | | | | | |
| **A-Diamond Glass of Chicago c/o Slawomir Bidas 1801 N. Humboldt Blvd. Chicago, IL 60647** | | | | J | | | | | **Unknown** |
| **Account No.** | | | | | | | | | |
| **ABD & Associates c/o Zenon Wozny 8747 W. Bryn Mawr, Unit 505 Chicago, IL 60631** | | | | J | | | | | **Unknown** |
| **Account No.** | | | | | | | | | |
| **ABD American Builders andDevelopers Valeriy Yenakiy 2654 American Lane Elk Grove Village, IL 60007** | | | | J | | | | | **Unknown** |
| **Account No.** | | | | | | | | | |
| **Abt Electronics Accounts Receivable 1200 N. Milwaukee Glenview, IL 60026** | | | | J | | | | | **Unknown** |

__45__  continuation sheets attached

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com
S/N:38484-110722   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vyacheslav Yakonskyy,**                                    Case No. _____
         **Iryna Yakonska**

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Acorn Garage, Inc.** 417 N. Hoyne Ave. Chicago, IL 60612 | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **ADT Security Service, Inc.** PO BOX 371490 Pittsburgh, PA 15250-7490 | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Advanced On-Site Concrete Inc.** 5308 W. Grand Ave. Chicago, IL 60639 | | J | | | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-2227** | | | | | | | | |
| **Advanta Bank Corporation** PO Box 30715 Salt Lake City, UT 84130-0715 | | J | | | | | | **16,746.27** |
| Account No. | | | | | | | | |
| **Airgas North Central** 3223-27 North Elston Chicago, IL 60618 | | J | | | | | | **Unknown** |

Sheet no. __1__ of __45__ sheets attached to Schedule of       Subtotal       **16,746.27**
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vyacheslav Yakonskyy,**  Case No. _____
       **Iryna Yakonska**

_____,
                           Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **AJAX Waster Services** <br> **PO BOX 3909** <br> **Joliet, IL 60434** | | J | | | | | **Unknown** |
| Account No. **2010 M1 107319** <br><br> **Al Warren Oil Company** <br> **c/o Michael D. Weis** <br> **PO BOX 1166** <br> **Northbrook, IL 60065** | | J | | | | | **17,996.80** |
| Account No. <br><br> **Alex Ivankevych** <br> **2455 West Ohio, Unit 2E** <br> **Chicago, IL 60612** | | J | commercial mortgage | | | | **170,000.00** |
| Account No. **xxxxxxxxx8300** <br><br> **Amcore Bank** <br> **1210 S. Alpine Road** <br> **Rockford, IL 61108** | | J | commercial mortgage deficiency | | | | **Unknown** |
| Account No. **xxxxxxxxx8400** <br><br> **Amcore Bank** <br> **1210 S. Alpine Road** <br> **Rockford, IL 61108** | | J | commercial mortgage deficiency | | | | **Unknown** |

Sheet no. __2___ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **187,996.80**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vyacheslav Yakonskyy,**
       **Iryna Yakonska**
                                                                    Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. 55102005510209 | | | | | commercial mortgage deficiency | | | | |
| **Amcore Bank** **1210 S. Alpine Road** **Rockford, IL 61108** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **AMEL of IL, Inc.** **c/o Michail Martyniv** **3445 W. Evergreen Ave.** **Chicago, IL 60651** | | | J | | | | | | **Unknown** |
| Account No. xxxx-xxxxxx-x1000 | | | | | | | | | |
| **American Express** **Box 0001** **Los Angeles, CA 90096-0001** | | | J | | | | | | **3,711.65** |
| Account No. xxxx-xxxxxx-x1000 | | | | | | | | | |
| **American Express** **Box 0001** **Los Angeles, CA 90096-0001** | | | J | | | | | | **3,495.15** |
| Account No. | | | | | | | | | |
| **American Waste Haulers, Inc.** **2100 W. Madison St.** **Maywood, IL 60153** | | | J | | | | | | **Unknown** |

Sheet no. __3___ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **7,206.80**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vyacheslav Yakonskyy,**
       **Iryna Yakonska**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Anatoliy Kadobnyak**<br>**2007 N. Lamon Ave.**<br>**Chicago, IL 60639** | | J | | | | | **Unknown** |
| Account No. <br><br>**Andriy Shkoruta**<br>**2616 W. Iowa**<br>**Chicago, IL 60622** | | J | | | | | **Unknown** |
| Account No. <br><br>**Arc Insulation, Inc.**<br>**29 Forestwood Court, Unit 1**<br>**Romeoville, IL 60446** | | J | | | | | **Unknown** |
| Account No. **39**<br><br>**Armchair Property Management**<br>**PO BOX 577395**<br>**Chicago, IL 60657** | | J | | | | | **1,600.00** |
| Account No. **40**<br><br>**Armchair Property Management**<br>**PO BOX 577395**<br>**Chicago, IL 60657** | | J | | | | | **2,600.00** |

Sheet no. __4__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,200.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vyacheslav Yakonskyy,**
       **Iryna Yakonska**

Case No. _____

_____,
                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **Arstass, Inc.** **c/o Ihor Stasevych** **435 Cove Ln** **Wilmette, IL 60091** | | J | | | | | | | **Unknown** |
| Account No. **xxxxx8446** | | | | | post-repossession car loan deficiency | | | | |
| **Audi Financial Services** **PO BOX 3** **Hillsboro, OR 97123** | | J | | | | | | | **8,134.63** |
| Account No. | | | | | | | | | |
| **Axis Response Group, LLC** **PO BOX 597379** **Chicago, IL 60659** | | J | | | | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-1432** | | | | | | | | | |
| **Bank of America** **PO Box 15184** **Wilmington, DE 19850-5184** | | J | | | | | | | **14,571.83** |
| Account No. **xxxx-xxxx-xxxx-4028** | | | | | | | | | |
| **Bank of America** **PO Box 15184** **Wilmington, DE 19850-5184** | | J | | | | | | | **3,393.08** |

Sheet no. __5__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**26,099.54**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vyacheslav Yakonskyy,**
     **Iryna Yakonska**

Case No. _____

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxxxx-x6505** <br><br> **Bank of America** <br> **PO Box 15184** <br> **Wilmington, DE 19850-5184** | | J | | | | | | 17,355.78 |
| Account No. **xxxx-xxxx-xxxx-9503** <br><br> **Bank of America** <br> **PO Box 15184** <br> **Wilmington, DE 19850-5184** | | J | | | | | | 12,123.45 |
| Account No. **xxxxxxxxx4577** <br><br> **Bank of America** <br> **PO Box 15184** <br> **Wilmington, DE 19850-5184** | | J | | | | | | 11,875.02 |
| Account No. <br><br> **Best Supply of Illinois** <br> **1510 Lunt Ave.** <br> **Elk Grove Village, IL 60007** | | J | | | | | | Unknown |
| Account No. <br><br> **Blue Book of Building and Construct** <br> **c/o Prentice Hall Corp.** <br> **33 North LaSalle Co.** <br> **Chicago, IL 60602** | | J | | | | | | Unknown |

Sheet no. __6__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,354.25

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vyacheslav Yakonskyy,**            Case No. _____
         **Iryna Yakonska**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **BM International** **2637 W. Haddon** **Chicago, IL 60622** | J | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Boris Nychyk** **1007 N. Francisco, Unit 2** **Chicago, IL 60622** | J | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Brook Electric, Inc.** **3423 N. Drake Ave.** **Chicago, IL 60618** | J | | | | | | | **Unknown** |
| Account No. **x8700** | | | | | | | | |
| **Buffalo Grove Orthopaedic Associate** **600 W. Lake Cook Road** **Suite 160** | J | | | | | | | **320.00** |
| Account No. **xxxx-xxxx-xxxx-3417** | | | | | | | | |
| **Capital One Bank** **PO Box 5294** **Carol Stream, IL 60197-5294** | J | | | | | | | **22,364.49** |

Sheet no. __7__ of __45__ sheets attached to Schedule of            Subtotal            | **22,684.49** |
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vyacheslav Yakonskyy,**
**Iryna Yakonska**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **BP00309557** <br><br> **Capitol Insurance Companies** <br> **BOX 673110** <br> **Milwaukee, WI 53267** | | J | | | | | | **377.06** |
| Account No. <br><br> **Carmelo Elias Cruz** <br> **6439 Hamilton Ave. # 2D** <br> **Chicago, IL 60645** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Center Capital Corporation** <br> **PO BOX 330** <br> **Hartford, CT 06141** | | J | | | | | | **Unknown** |
| Account No. **00450479998001** <br><br> **Chase** <br> **PO BOX 9001022** <br> **Louisville, KY 40290-1022** | | J | | business line of credit | | | | **24,533.72** |
| Account No. **xxxx-xxxx-xxxx-7417** <br><br> **Chase Cardmember Services** <br> **PO Box 15678** <br> **Wilmington, DE 19885-5678** | | J | | | | | | **8,024.55** |

| | | |
|---|---|---|
| Sheet no. __**8**__ of __**45**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | **32,935.33** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vyacheslav Yakonskyy,**
       **Iryna Yakonska**

Case No. _____

_____ ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-7836**<br><br>**Chase Cardmember Services**<br>**PO Box 15678**<br>**Wilmington, DE 19885-5678** | | J | | | | | **16,918.43** |
| Account No. **xxxx-xxxx-xxxx-9954**<br><br>**Chase Cardmember Services**<br>**PO Box 15678**<br>**Wilmington, DE 19885-5678** | | J | | | | | **12,744.05** |
| Account No. **xxxx-xxxx-xxxx-4768**<br><br>**Chase Cardmember Services**<br>**PO Box 15678**<br>**Wilmington, DE 19885-5678** | | J | | | | | **11,546.22** |
| Account No. **xxxx-xxxx-xxxx-6685**<br><br>**Chase Cardmember Services**<br>**PO Box 15678**<br>**Wilmington, DE 19885-5678** | | J | | | | | **20,209.55** |
| Account No. **xxxx-xxxx-xxxx-9039**<br><br>**Chase Cardmember Services**<br>**PO Box 15678**<br>**Wilmington, DE 19885-5678** | | J | | | | | **8,201.21** |

Sheet no. __9__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**69,619.46**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vyacheslav Yakonskyy,**
       **Iryna Yakonska**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-9482** | | | | | | | | |
| **Chase Cardmember Services PO Box 15678 Wilmington, DE 19885-5678** | | J | | | | | | 7,848.51 |
| Account No. **4246-3151-3319-9461** | | | | | | | | |
| **Chase Cardmember Services PO Box 15678 Wilmington, DE 19885-5678** | | J | | | | | | 1,790.49 |
| Account No. **xxxx-xxxx-xxxx-7550** | | | | | | | | |
| **Chase Cardmember Services PO Box 15678 Wilmington, DE 19885-5678** | | J | | | | | | 1,483.90 |
| Account No. | | | | | | | | |
| **Chicago Area Building Specialists 303 W. Irving Park Roselle, IL 60172** | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Chicago Scuffolding 4824 W. Lake Street Chicago, IL 60622** | | J | | | | | | Unknown |

Sheet no. __10__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,122.90

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vyacheslav Yakonskyy,**
       **Iryna Yakonska**

Case No. _____

_____,
                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Chutes International** <br> **c/o Markoff and Krasny** <br> **29 N. Wacker Drive, Unit 500** <br> **Chicago, IL 60606** | | J | | | | | 1,400.00 |
| Account No. **xxxx-xxxx-xxxx-6120** <br><br> **Citi Cards** <br> **PO Box 6077** <br> **Sioux Falls, SD 57117-6077** | | J | | | | | 4,130.71 |
| Account No. <br><br> **City of Chicago** <br> **Administrative Hearings Collections** <br> **121 N. LaSalle St., Room 107A** <br> **Chicago, IL 60602** | | J | | | | | 0.00 |
| Account No. **10 L 51039** <br><br> **CNH Capital America LLC** <br> **c/o W. Kent Carter - Clark Hill PLC** <br> **150 N. Michigan Ave. #2700** <br> **Chicago, IL 60601** | | J | deficiency on secured loan | | | | Unknown |
| Account No. <br><br> **Cobra Concrete Cutting Inc.** <br> **2416 E. Oakton** <br> **Arlington Heights, IL 60005** | | J | | | | | Unknown |

Sheet no. __11__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,530.71

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Vyacheslav Yakonskyy,**
    **Iryna Yakonska**
                                                 Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx9850**<br><br>**Comcast Cable<br>PO Box 3002<br>Southeastern, PA 19398-3002** | | J | | | | | | **1,200.00** |
| Account No. **8771100670011608**<br><br>**Comcast Cable<br>PO Box 3002<br>Southeastern, PA 19398-3002** | | J | | | | | | **280.00** |
| Account No.<br><br>**ComEd<br>Bill Payment Center<br>Chicago, IL 60668** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Complete Elevator Service Inc.<br>c/o John Perkins<br>4513 Lincoln, Suite 215<br>Lisle, IL 60532** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Crown Steel Sales<br>3355 West 31st<br>Chicago, IL 60623** | | J | | | | | | **Unknown** |

Sheet no. __12__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,480.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vyacheslav Yakonskyy,**
       **Iryna Yakonska**                                              Case No. _____

_____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Cumberland Accounting Services** 4501 N. Cumberland, Suite C Harwood Heights, IL 60706 | | J | | | | | **Unknown** |
| Account No. **Darpet Windows, Doors & Trim** 1516 E. Algonquin Rd Arlington Heights, IL 60005 | | J | | | | | **Unknown** |
| Account No. **De Canio Builders** 738 N. California Chicago, IL 60612 | | J | | | | | **Unknown** |
| Account No. **Delta Screw Company** 2036 N. Cambell Ave. Chicago, IL 60647 | | J | | | | | **Unknown** |
| Account No. **Discount Roofind Materials, Inc.** 2700 N. Pulaski Ave. Chicago, IL 60639 | | J | | | | | **Unknown** |

Sheet no. __13__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Vyacheslav Yakonskyy,**
    **Iryna Yakonska**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 3188**<br><br>**Discover Financial Services**<br>**P.O. Box 30943**<br>**Salt Lake City, UT 84130-0943** | | J | | | | | 1,191.62 |
| Account No. **xxxx xxxx xxxx 3587**<br><br>**Discover Financial Services**<br>**P.O. Box 30943**<br>**Salt Lake City, UT 84130-0943** | | J | | | | | 6,211.66 |
| Account No.<br><br>**Dmytro Trotsenko**<br>**2732 W. Thomas**<br>**Chicago, IL 60622** | | J | | | | | Unknown |
| Account No.<br><br>**Ecogardens LLC**<br>**c/o Gregory Raymond**<br>**1937 N. Winchester**<br>**Chicago, IL 60622** | | J | | | | | Unknown |
| Account No.<br><br>**Edgar Farez**<br>**3805 W. Diversey**<br>**Chicago, IL 60647** | | J | | | | | Unknown |

Sheet no. __14__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,403.28**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vyacheslav Yakonskyy,**
         **Iryna Yakonska**
                                                                          Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx3503** <br><br> **Elavon Settlement** <br> **PO BOX 86** <br> **SDS 12-2291** <br> **Minneapolis, MN 55486** | | J | | | | | **1,600.00** |
| Account No. **x7502** <br><br> **Enterprise Portfolio Services** <br> **4308 Three Mile Rd. NW** <br> **Grand Rapids, MI 49534-1297** | | J | | | | | **8,023.65** |
| Account No. <br><br> **ETS Environmental & Associates** <br> **Daniel Anderson** <br> **1820 Wallace Ave., Suite 123** <br> **Saint Charles, IL 60174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Eugene Koulbanski** <br> **7606 Eleanor Place** <br> **Willowbrook, IL 60527** | | J | | | | | **50,000.00** |
| Account No. <br><br> **Eugeni Heating, Inc.** <br> **c/o Eugeni Kolbanski** <br> **425 Huehl Road, Suite 4B** <br> **Northbrook, IL 60062** | | J | | | | | **Unknown** |

Sheet no. __15__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**59,623.65**

B6F (Official Form 6F) (12/07) - Cont.

In re **Vyacheslav Yakonskyy,**
**Iryna Yakonska**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Exclusive Tile, Inc.** <br>**c/o Alexander Govzan** <br>**1622 N. 73rd** <br>**Elmwood Park, IL 60707** | | J | | | | | **Unknown** |
| Account No. <br><br>**Favorite Construction** <br>**7444 W. Oleander Ave.** <br>**Chicago, IL 60631** | | J | | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-3504** <br><br>**First Equity Card Corporation** <br>**PO Box 23029** <br>**Columbus, GA 31902-3029** | | J | | | | | **18,098.79** |
| Account No. <br><br>**Fischer Crane Inc.** <br>**120 S. LaSalle, Suite 1335** <br>**Chicago, IL 60603** | | J | | | | | **Unknown** |
| Account No. <br><br>**Five Point Capital, Inc.** <br>**10525 Vista Sorrento Prkwy #304** <br>**San Diego, CA 92121** | | J | **commercial lease** | | | | **Unknown** |

Sheet no. __16__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,098.79**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vyacheslav Yakonskyy,**                                    Case No. _____
      **Iryna Yakonska**

_____,
                             Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Ford Motor Credit PO BOX 54200 Omaha, NE 68154** | | J | | | | | | **19,097.42** |
| Account No. **Foundation Drilling 215 Industrial Lane Wheeling, IL 60090** | | J | | | | | | **Unknown** |
| Account No. **Foundation Engineering PO BOX 3613 Lake Zurich, IL 60047** | | J | | | | | | **Unknown** |
| Account No. **Fry Water and Damp Proofing 13624 Eileen Court Orland Park, IL 60462** | | J | | | | | | **Unknown** |
| Account No. **Gilbert Levis Associates 1020 E. 41st Place Chicago, IL 60653** | | J | | | | | | **Unknown** |

Sheet no. __17__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,097.42**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vyacheslav Yakonskyy,**
         **Iryna Yakonska**

Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Great House Construction <br> c/o Ihor Khoma <br> 2134 Beechnut Rd. <br> Northbrook, IL 60062** | | J | | | | | **Unknown** |
| Account No. <br><br> **Hambro <br> 4010 Clay St. <br> PO BOX C/285 <br> Point of Rocks, MD 21777** | | J | | | | | **Unknown** |
| Account No. <br><br> **Hanna Architects <br> 188 W. Randolph St. <br> Chicago, IL 60601** | | J | | | | | **Unknown** |
| Account No. **10 CH 26164** <br><br> **Harris Bank <br> c/o David Kluever <br> 65 E. Wacker Place, Suite 2300 <br> Chicago, IL 60601** | | J | commercial mortgage deficiency | | | | **Unknown** |
| Account No. <br><br> **Hausman-Kunkel, Inc. <br> 43 East Glenlake <br> Roselle, IL 60172** | | J | | | | | **Unknown** |

Sheet no. __**18**__ of __**45**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vyacheslav Yakonskyy,**
       **Iryna Yakonska**
                                                                    Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x5388** <br><br> **Health & Fitness Center** <br> **1501 Busch Parkway** <br> **Buffalo Grove, IL 60089** | | J | | | | | **480.00** |
| Account No. <br><br> **Hinkle Engineering** <br> **8167 South Cass** <br> **Darien, IL 60561** | | J | | | | | **Unknown** |
| Account No. <br><br> **Hollywood Crane Services** <br> **PO BOX 414** <br> **Chicago Ridge, IL 60415** | | J | | | | | **Unknown** |
| Account No. <br><br> **Home Depot Credit Services** <br> **Processing Center** <br> **Des Moines, IA 50364-0500** | | J | | | | | **Unknown** |
| Account No. **xxxxx9109** <br><br> **Honda Financial Services** <br> **P.O. Box 60001** <br> **City Of Industry, CA 91716** | | J | | | | | **Unknown** |

Sheet no. __19__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               **480.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Vyacheslav Yakonskyy,**
**Iryna Yakonska**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Iaroslav Palagniuk <br> 2558 W. Superior <br> Chicago, IL 60612 | | J | | | | | Unknown |
| Account No. <br><br> Ihor Shvetsov <br> 836 N. Damen Ave. <br> Chicago, IL 60622 | | J | | | | | Unknown |
| Account No. <br><br> Ilim Mazhitov <br> 5365 N. Delphia Ave. <br> Apt. 266 <br> Chicago, IL 60656 | | J | | | | | Unknown |
| Account No. <br><br> Interior Stone of Midwest, Inc. <br> c/o Stanley Pluta <br> 1801-17 N. Humboldt <br> Chicago, IL 60647 | | J | | | | | Unknown |
| Account No. <br><br> Ivan Barabash <br> 3108 W. Walton St. <br> Apt 2A <br> Chicago, IL 60622 | | J | | | | | Unknown |

Sheet no. __20__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vyacheslav Yakonskyy,**
       **Iryna Yakonska**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Ivan Gasko** 3123 N. Natoma Ave. Chicago, IL 60634 | | J | | | | | | **Unknown** |
| Account No. **Ivan Vintonyak** 2121 W. Huron St. Chicago, IL 60612 | | J | | | | | | **Unknown** |
| Account No. **Karen Biazar** 2324 W. North Ave. Chicago, IL 60647-5315 | | J | | | | | | **Unknown** |
| Account No. **Kavic Construction** c/o Victor Kashivskiy 1040 Withfield Road Northbrook, IL 60062 | | J | | | | | | **Unknown** |
| Account No. **Kazim Shamuratov** 8614 W. Berwyn Chicago, IL 60656 | | J | | | | | | **Unknown** |

Sheet no. __21__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vyacheslav Yakonskyy,**                                      Case No. _____
        **Iryna Yakonska**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Kowenia & Alex Services**<br>**3045 N. Milwaukee Ave.**<br>**Chicago, IL 60618** | | J | | | | | **Unknown** |
| Account No. **1445376** <br><br>**KRW Consulting Group**<br>**c/o Law Offices of Joel Cardis**<br>**2006 Swede Road, Suite 100**<br>**Norristown, PA 19401** | | J | | | | | **4,885.36** |
| Account No. <br><br>**L Poleyk**<br>**c/o Ira Kaufman**<br>**566 West Lake St. Suite 410**<br>**Chicago, IL 60661** | | J | | | | | **Unknown** |
| Account No. <br><br>**LAS Hardwood Inc.**<br>**5200 Wesley Terrace**<br>**Chicago, IL 60656** | | J | | | | | **Unknown** |
| Account No. **INV00084821** <br><br>**LiveOffice LLC**<br>**2780 Skypark Drive, Suite 300**<br>**Torrance, CA 90505** | | J | | | | | **417.38** |

Sheet no. __22__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **5,302.74**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Vyacheslav Yakonskyy,**
      **Iryna Yakonska**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Lopeli, Ltd.** **c/o Eugene Volynets** **PO BOX 417** **Greenvale, NY 11548** | | J | | | | | 500,000.00 |
| Account No. | | | | | | | |
| **LZ Services Express, Inc.** **c/o Ladislav Zumar** **18 W. 125 63rd St., Apt .203A** **Westmont, IL 60559** | | J | | | | | 320.00 |
| Account No. | | | | | | | |
| **Malgorzata Sierbinska** **1963 Grove Ave.** **Schaumburg, IL 60173** | | J | | | | | Unknown |
| Account No. | | | | | | | |
| **Mariya Barabach** **2637 W. Haddon** **Chicago, IL 60622** | | J | | | | | Unknown |
| Account No. | | | | | | | |
| **Master Washing** **3351 N. Neenah** **Chicago, IL 60634** | | J | | | | | Unknown |

Sheet no. __23__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**500,320.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vyacheslav Yakonskyy,**
**Iryna Yakonska**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Mayfair Lumber** 4825 W. Lawrence Ave. Chicago, IL 60630 | | J | | | | | | **Unknown** |
| Account No. **MB Financial Bank** PO Box 790408 Saint Louis, MO 63179-0408 | | J | | commercial mortgage deficiency | | | | **Unknown** |
| Account No. **MBP Services** c/o Martin Brzozowski 1500 Sandstone Wheeling, IL 60090 | | J | | | | | | **Unknown** |
| Account No. **Metal Construction Inc.** c/o Dmytro Venhrynovych 1910 W. Chicago Ave., Unit 3R Chicago, IL 60622 | | J | | | | | | **Unknown** |
| Account No. **Michael's Carpentry and Remodeling** c/o Michael Mayik 203 N. Fairview St Mount Prospect, IL 60056 | | J | | | | | | **Unknown** |

Sheet no. __24__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vyacheslav Yakonskyy,**    Case No. _____
         **Iryna Yakonska**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Midwest Bank**<br>**PO Box 790408**<br>**Saint Louis, MO 63179-0408** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Midwest Technical Consultants**<br>**1840 Centre Point**<br>**Naperville, IL 60563** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Milena Jguenti, MD**<br>**1247 North Milwaukee Ave.**<br>**Glenview, IL 60025** | | J | | | | | **170.00** |
| Account No. | | | | | | | |
| **Miroslaw Siembab**<br>**2921 N. 77th Ave.**<br>**Elmwood Park, IL 60707** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **MM Universal Corp**<br>**c/o Mykhaylo Samnara**<br>**2320 West Iowa St, 3rd Floor**<br>**Chicago, IL 60622** | | J | | | | | **Unknown** |

Sheet no. __25__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**170.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Vyacheslav Yakonskyy,**
   **Iryna Yakonska**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **MNOA Construction** c/o Murtaza Shamuratov 5241 N. Potawatomie Unit 1W Chicago, IL 60656 | J | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Mobile Mini, Inc.** c/o CT Corporation 208 S. LaSalle St., Suite 814 Chicago, IL 60604 | J | | | | | | | **Unknown** |
| Account No. | | | | business promissory note | | | | |
| **Mohammad and Patricia Zahedi** 1300 W. Belmont Unit 502 Chicago, IL 60657 | J | | | | | | | **100,000.00** |
| Account No. | | | | | | | | |
| **Multiple Concrete Accesories** 20284 N. Rand Road Palatine, IL 60074 | J | | | | | | | **180,000.00** |
| Account No. | | | | | | | | |
| **N.Y. Watchmen Services** c/o Michael Elem 544 53rd Ave Bellwood, IL 60104 | J | | | | | | | **Unknown** |

Sheet no. __26__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**280,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Vyacheslav Yakonskyy,**
       **Iryna Yakonska**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8872** <br><br> **Nicor, Inc.** <br> **PO Box 416** <br> **Aurora, IL 60568** | | J | | | | | 120.00 |
| Account No. **xxxx1450** <br><br> **Northwest Community Hospital** <br> **800 West Central Road** <br> **Arlington Heights, IL 60005-2349** | | J | | | | | 141.00 |
| Account No. **xxxx505-1** <br><br> **Northwest Community Hospital** <br> **800 West Central Road** <br> **Arlington Heights, IL 60005-2349** | | J | | | | | 750.00 |
| Account No. **xxxxxx5484** <br><br> **Northwest Suburban Anesthesiologist** <br> **c/o Medical Business Bureau** <br> **PO BOX 1219** <br> **Park Ridge, IL 60068** | | J | | | | | 250.00 |
| Account No. <br><br> **Olearys Contractors** <br> **4554 W. North Ave.** <br> **Chicago, IL 60639** | | J | | | | | Unknown |

Sheet no. __27__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| 1,261.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vyacheslav Yakonskyy,**
      **Iryna Yakonska**
                                       Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Oleg Stadnyk**<br>**3443 W. Chicago Ave.**<br>**2nd Floor**<br>**Chicago, IL 60651** | | J | | | | | | **Unknown** |
| Account No. <br><br>**OMK Steel Construction**<br>**2547 W. Superior St.**<br>**Chicago, IL 60622** | | J | | | | | | **Unknown** |
| Account No. **xxxx5679** <br><br>**Ozinga Ready Mix Concrete**<br>**PO BOX 910**<br>**Frankfort, IL 60423** | | J | | | | | | **38,450.82** |
| Account No. <br><br>**Patent Construction Systems**<br>**PO BOX 643465**<br>**Pittsburgh, PA 15264** | | J | | | | | | **Unknown** |
| Account No. <br><br>**Pavlo Derevianyi**<br>**822 N. Campbell**<br>**Chicago, IL 60622** | | J | | | | | | **Unknown** |

Sheet no. __28__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**38,450.82**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vyacheslav Yakonskyy,**
        **Iryna Yakonska**                                    Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Payline West Inc.** 420 Nolen Drive South Elgin, IL 60177 | | J | | | | | | Unknown |
| Account No. **PED, Inc.** 5264 N. Natchez Chicago, IL 60656 | | J | | | | | | Unknown |
| Account No. **9500047315534/5537** **Peoples Energy** ATTN: Customer Service 130 East Randolph Drive Chicago, IL 60601 | | J | | | | | | 980.00 |
| Account No. **xxxxxxxxx2839** **Peoples Energy** ATTN: Customer Service 130 East Randolph Drive Chicago, IL 60601 | | J | | | | | | 1,300.00 |
| Account No. **8219120** **Peoples Energy** ATTN: Customer Service 130 East Randolph Drive Chicago, IL 60601 | | J | | | | | | 175.00 |

Sheet no. __29__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          2,455.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vyacheslav Yakonskyy,**
 **Iryna Yakonska**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Piotr Tokarz** **PT's Heating and Cooling** **3431 N. Knox** **Chicago, IL 60641** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Platyk Plumbing** **c/o Wladyslaw Patyk** **7475 Oak Park Ave.** **Niles, IL 60714** | | J | | | | | | **Unknown** |
| Account No. **xxxx xxxx xxxx 2851** | | | | | | | | |
| **PNC Bank** **PO BOX 856177** **Louisville, KY 40285** | | J | | | | | | **5,458.10** |
| Account No. **xxxx xxxx xxxx 6006** | | | | business credit card (DIM Builders) | | | | |
| **PNC Bank** **PO BOX 856177** **Louisville, KY 40285-6177** | | J | | | | | | **20,576.19** |
| Account No. | | | | | | | | |
| **Poldor Construction** **3410 N. Nordica** **Chicago, IL 60634** | | J | | | | | | **Unknown** |

Sheet no. **30** of **45** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**26,034.29**

B6F (Official Form 6F) (12/07) - Cont.

In re **Vyacheslav Yakonskyy,**
**Iryna Yakonska**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Praire Materials 5185 Paysphere Circle Chicago, IL 60674** | | J | | | | | | 60,000.00 |
| Account No. **Premium Exteriors, Inc. 5521 N. Cumberland #1109 Chicago, IL 60656** | | J | | | | | | Unknown |
| Account No. **Professional Warranty Service 4443 Brookfield Corporate Chantilly, VA 20151** | | J | | | | | | Unknown |
| Account No. **Progress IP, Inc. 2558 W. Superior Chicago, IL 60612** | | J | | | | | | Unknown |
| Account No. **PT's Heating and Cooling, Inc. 710 N. Dryden Arlington Heights, IL 60004** | | J | | | | | | Unknown |

Sheet no. __31__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**60,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Vyacheslav Yakonskyy,**
       **Iryna Yakonska**

Case No. _____

_____,
                                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Quality Excavation 1120 W. Belmont Ave. Chicago, IL 60657 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| R.A.R. Design Square Inc. 2618 W. Superior Chicago, IL 60612 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Rach Electric c/o Zoe Biel 1478 West Webster Ave. Chicago, IL 60614 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Rafael Henry 4444 N. Avers Chicago, IL 60625 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Ramiro Rendon 1936 S. Central Cicero, IL 60804 | | J | | | | | | Unknown |

Sheet no. __32__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vyacheslav Yakonskyy,**
        **Iryna Yakonska**

Case No. _____

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Ravenswood Disposal Services** <br> **c/o Branko Vardijan** <br> **660 Meadowood** <br> **Lake Forest, IL 60045** | | J | | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-3409** <br><br> **Ridgestone Bank** <br> **PO BOX 790408** <br> **Saint Louis, MO 63179** | | J | | | | | **8,204.48** |
| Account No. **x4679** <br><br> **Ridgestone Bank** <br> **13925 W. North Ave.** <br> **Brookfield, WI 53005** | | J | commercial mortgage deficiency | | | | **Unknown** |
| Account No. **14447** <br><br> **Ridgestone Bank** <br> **13925 W. North Ave.** <br> **Brookfield, WI 53005** | | J | commercial mortgage deficiency | | | | **Unknown** |
| Account No. <br><br> **Rite Construction** <br> **c/o Peter Kaczynski** <br> **191 Oakland Grove** <br> **Elmhurst, IL 60126** | | J | | | | | **Unknown** |

Sheet no. __**33**__ of __**45**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,204.48**

B6F (Official Form 6F) (12/07) - Cont.

In re **Vyacheslav Yakonskyy,**
     **Iryna Yakonska**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Riverside Pump** <br> **9345 Southview** <br> **PO BOX 597** <br> **Brookfield, IL 60513** | | J | | | | | **Unknown** |
| Account No. <br><br> **Roman Nydza** <br> **2416 W. Huron** <br> **Apt. 2** <br> **Chicago, IL 60612** | | J | | | | | **Unknown** |
| Account No. <br><br> **ROSE Pest Solutions** <br> **1809 W. North Ave.** <br> **Chicago, IL 60622** | | J | | | | | **Unknown** |
| Account No. <br><br> **Safdar A. Gill** <br> **9107 Samoset Trail** <br> **Skokie, IL 60076** | | J | | | | | **Unknown** |
| Account No. **2010 AR 164** <br><br> **Scheck Lumber Company** <br> **c/o Nigro & Westfall** <br> **1793 Bloomingdale Rd.** <br> **Glendale Heights, IL 60139** | | J | | | | | **5,000.00** |

Sheet no. **34** of **45** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vyacheslav Yakonskyy,**
     **Iryna Yakonska**
                                                    **Debtors**

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Schindler Elevator Corp.**<br>**PO BOX 70433**<br>**Chicago, IL 60673** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Scorpio Excavating**<br>**1708 E. Euclid Road**<br>**Arlington Heights, IL 60004** | | J | | | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-5798**<br><br>**Selfreliance Ukrainian American FCU**<br>**PO Box 4521**<br>**Carol Stream, IL 60197-4521** | | J | | | | | | **9,000.00** |
| Account No. **xxxx xxxx xxxx 6946**<br><br>**Selfreliance Ukrainian American FCU**<br>**PO Box 4521**<br>**Carol Stream, IL 60197-4521** | | J | | | | | | **17,436.23** |
| Account No. **107947-060**<br><br>**Selfreliance Ukrainian American FCU**<br>**PO Box 4521**<br>**Carol Stream, IL 60197-4521** | | J | | **commercial mortgage deficiency** | | | | **Unknown** |

Sheet no. __35__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**26,436.23**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Vyacheslav Yakonskyy,**
     **Iryna Yakonska**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Sergii Stetsiuk**<br>**2424 W. Ohio, Apt. 3**<br>**Chicago, IL 60612** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Serhiy Lyutenko**<br>**2110 N. Whipple St.**<br>**Chicago, IL 60622** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Serhiy Pavzyuk**<br>**836 N. Francisco Ave.**<br>**Chicago, IL 60622** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Skyline Steel**<br>**c/o CT Corporation**<br>**208 S. LaSalle, Suite 814**<br>**Chicago, IL 60604** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Soltis Services**<br>**c/o Nikolay Soltys**<br>**1838 Locust St.**<br>**Des Plaines, IL 60018** | | J | | | | | | **Unknown** |

Sheet no. **_36_** of **_45_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vyacheslav Yakonskyy,**                                      Case No. _____
        **Iryna Yakonska**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx6953** | | | | | | | |
| **Soto Insulation**<br>**4323 South Western**<br>**Chicago, IL 60609** | | J | | | | | **8,200.00** |
| Account No. | | | | | | | |
| **St. Mary's Cement Inc.**<br>**c/o Illinois Corporation Services**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Stanislaw Walecki**<br>**9307 Irving Park**<br>**Apt 18**<br>**Schiller Park, IL 60176** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Stepan Dehod**<br>**2300 W. Huron St.**<br>**2nd Floor**<br>**Chicago, IL 60622** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Stepan Kolodiy**<br>**2650 W. Iowa St.**<br>**Chicago, IL 60622** | | J | | | | | **Unknown** |

Sheet no. __37__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **8,200.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vyacheslav Yakonskyy,**
        **Iryna Yakonska**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Structural Engineering Consultants c/o Theodore Shew 101 N. virginia St., Suite 260 Crystal Lake, IL 60014** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Sunbelt Rentals, Inc. c/o CT Corporation System 208 S. LaSalle St. Suite 814 Chicago, IL 60604** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Superior Piling 7247 S. 78th Ave. Bridgeview, IL 60455** | | J | | | | | | **50,000.00** |
| Account No. | | | | | | | | |
| **Supreme Landscaping Inc. 4628 S. Lawler Chicago, IL 60638** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Symons PO BOX 712299 Cincinnati, OH 45271** | | J | | | | | | **Unknown** |

Sheet no. __**38**__ of __**45**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**50,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Vyacheslav Yakonskyy,**      Case No. _____
      **Iryna Yakonska**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **T & D Painting and Drywall Inc.** <br>**c/o Fortino Galindo** <br>**222 Hunter Ave.** <br>**Joliet, IL 60436** | | J | | | | | **Unknown** |
| Account No. <br><br> **Taedusz Maminski** <br>**3301 Ernst St.** <br>**Franklin Park, IL 60131** | | J | | | | | **Unknown** |
| Account No. <br><br> **Testing Service Corporation** <br>**360 S. Main Place** <br>**Carol Stream, IL 60188** | | J | | | | | **Unknown** |
| Account No. **AAT942** <br><br> **The NYS Thruway Authority** <br>**c/o NCO Financial Systems** <br>**507 Prudential Road** <br>**Horsham, PA 19044** | | J | | | | | **100.00** |
| Account No. <br><br> **U Logistics, Inc.** <br>**c/o Roman Panychevnyy** <br>**2448 W. Walton St., 1st Rear** <br>**Chicago, IL 60622** | | J | | | | | **Unknown** |

Sheet no. __**39**__ of __**45**__ sheets attached to Schedule of           Subtotal          **100.00**
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vyacheslav Yakonskyy,**
**Iryna Yakonska**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Ukrainian Builders Union c/o Iaroslav Palagniuk 2558 W. Superior St. Chicago, IL 60612 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| United Rentals 3233 West 36th St. Chicago, IL 60632 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| US Bank, Inc. P.O. Box 5227 Cincinnati, OH 45202-5227 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Vadim Davidiouk 744 N Oleander ave Chicago, IL 60631 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Valdir Baron 2106 W. Belmont Chicago, IL 60618 | | J | | | | | | Unknown |

Sheet no. __40__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Vyacheslav Yakonskyy,**
**Iryna Yakonska**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Vanda Ostrovska**<br>**2635 West Rice St., 1st Floor**<br>**Chicago, IL 60622** | | J | | | | | | **10,157.00** |
| Account No.<br><br>**Vasyl Fishchuk**<br>**5103 W. Schubert Ave.**<br>**Chicago, IL 60639** | | J | | | | | | **Unknown** |
| Account No.<br><br>**VB Accounting & Tax Services**<br>**2638 Fox Wood Drive**<br>**New Lenox, IL 60451** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Viktor Kashivskiy**<br>**1040 Whitfield Road**<br>**Northbrook, IL 60062** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Viktor Z Construction**<br>**c/o Viktor Zablotskiy**<br>**2448 W. Walton St.**<br>**Chicago, IL 60622** | | J | | | | | | **Unknown** |

Sheet no. __41__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,157.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vyacheslav Yakonskyy,**
**Iryna Yakonska**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Volodymyr Barabach** <br> **2637 W. Haddon** <br> **Chicago, IL 60622** | | J | | | | | **Unknown** |
| Account No. <br><br> **Volodymyr Kisil** <br> **2635 W. Rice St.** <br> **1st Floor** <br> **Chicago, IL 60622** | | J | | | | | **Unknown** |
| Account No. <br><br> **Volodymyr Shchesnyak** <br> **2543 W. Cortez** <br> **Chicago, IL 60622** | | J | | | | | **Unknown** |
| Account No. <br><br> **Volodymyr Svyatylo** <br> **2249 W. Iowa St.** <br> **Chicago, IL 60622** | | J | | | | | **Unknown** |
| Account No. <br><br> **Volodymyr Vasus** <br> **2545 W. Walton** <br> **3rd Floor** <br> **Chicago, IL 60622** | | J | | | | | **Unknown** |

Sheet no. __42__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vyacheslav Yakonskyy,**
      **Iryna Yakonska**

Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Volodymyr Yurkevych**<br>**2350 W. Superior St.**<br>**Chicago, IL 60612** | | J | | | | | **Unknown** |
| Account No. **W847602213**<br><br>**VW Credit, Inc.**<br>**PO Box 7532**<br>**Libertyville, IL 60048** | | J | post-repossession car loan deficiency | | | | **8,352.74** |
| Account No.<br><br>**Weislaw Maminski**<br>**3301 N. Ernest St.**<br>**Franklin Park, IL 60131** | | J | | | | | **Unknown** |
| Account No. **xxxxxx2656**<br><br>**Wells Fargo Home Mortgage**<br>**PO Box 5296**<br>**Carol Stream, IL 60197-5296** | | J | mortgage deficiency | | | | **Unknown** |
| Account No.<br><br>**West Lake Bath and Kitchen**<br>**c/o Jordan Furlett**<br>**1117 W. Lake St.**<br>**Chicago, IL 60607** | | J | | | | | **Unknown** |

Sheet no. __43__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,352.74**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vyacheslav Yakonskyy,**                                    Case No. _____
         **Iryna Yakonska**

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Yaroslav Kot** **3200 Orange Brace Road** **Deerfield, IL 60015** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Yuliya Didura** **856 Mansfield** **Chicago, IL 60622** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Yuriy Rupiy** **825 N. California** **2nd Floor** **Chicago, IL 60622** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Zechmann Supply** **430 N. Damen Ave.** **Chicago, IL 60622** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Zibby Iron & Metal** **941 N. California Ave.** **Chicago, IL 60622** | | J | | | | | | **Unknown** |

Sheet no. __44__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re      **Vyacheslav Yakonskyy,**                                    Case No. _____
           **Iryna Yakonska**

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxKOSZ** <br><br> **Zoya Kosman, MD** <br> **c/o JDT Medical Billing** <br> **9150 N. Crawford, Unit 200** <br> **Skokie, IL 60076** | | J | | | | | **210.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __45__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **210.00**

Total
(Report on Summary of Schedules)     **1,562,333.99**

B6G (Official Form 6G) (12/07)

.

In re    **Vyacheslav Yakonskyy,**                                        Case No. _____
         **Iryna Yakonska**

_____,
                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Honda Financial Services**<br>**P.O. Box 60001**<br>**City Of Industry, CA 91716** | **Lease for 2009 Honda Accord** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Vyacheslav Yakonskyy,**                                              Case No. _____
        **Iryna Yakonska**
_____,
                              Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re    **Vyacheslav Yakonskyy**
      **Iryna Yakonska**                   Case No. _____
                      Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
| --- | --- | --- |
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Son**<br>**Son**<br>**Father** | AGE(S):<br>**14**<br>**18**<br>**7**<br>**73** |

| Employment: | DEBTOR | SPOUSE |
| --- | --- | --- |
| Occupation | | |
| Name of Employer | **Self-Employed** | **Self-Employed** |
| How long employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
| --- | --- | --- |
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|      a.  Payroll taxes and social security | $ 0.00 | $ 0.00 |
|      b.  Insurance | $ 0.00 | $ 0.00 |
|      c.  Union dues | $ 0.00 | $ 0.00 |
|      d.  Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 3,000.00 | $ 2,000.00 |
| 8. Income from real property | $ 1,500.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>(Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 4,500.00 | $ 2,000.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 4,500.00 | $ 2,000.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 6,500.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Vyacheslav Yakonskyy**
      **Iryna Yakonska** _____     Case No. _____
                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 5,982.99 |
| a. Are real estate taxes included?   Yes **X**   No ___ | | |
| b. Is property insurance included?   Yes ___   No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 275.00 |
| b. Water and sewer | $ | 40.00 |
| c. Telephone | $ | 60.00 |
| d. Other  **Gas** | $ | 120.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 1,500.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 60.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 60.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 110.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 535.00 |
| d. Auto | $ | 150.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 407.79 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | $ | 2,327.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 12,127.78 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 6,500.00 |
| b.   Average monthly expenses from Line 18 above | $ | 12,127.78 |
| c.   Monthly net income (a. minus b.) | $ | -5,627.78 |

**B6J (Official Form 6J) (12/07)**

In re    **Vyacheslav Yakonskyy**
         **Iryna Yakonska**                                                    Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---|
| **Babysitting, child care** | $ | **600.00** |
| **Mortgage payment for rental property** | $ | **1,227.00** |
| **Property Taxes for rental property** | $ | **500.00** |
| **Total Other Expenditures** | $ | **2,327.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Vyacheslav Yakonskyy**
**Iryna Yakonska**
_____
Debtor(s)

Case No. _____
Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of     **63**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 22, 2011**            Signature  **/s/ Vyacheslav Yakonskyy**
                                                **Vyacheslav Yakonskyy**
                                                Debtor

Date  **August 22, 2011**            Signature  **/s/ Iryna Yakonska**
                                                **Iryna Yakonska**
                                                Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Vyacheslav Yakonskyy**
**Iryna Yakonska**            Case No. _____

_____    Chapter    **7**
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$40,000.00** | **2011 YTD: Both Business Income** |
| **$47,459.00** | **2010: Both Gross Business Income** |
| **$39,099.00** | **2009: Both Gross Business Income** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$12,000.00** | **2011 YTD: Gross Rental Income** |
| **$18,000.00** | **2010: Gross Rental Income** |
| **$8,200.00** | **2009: Gross Rental Income** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **PNC Bank N.A. v. Yakonskyy, et al; Case No. 10 AR 1628** | **complaint for breach of contract** | **Circuit Court, Lake County, Waukegan, Illinois** | **default entered** |
| **Harris N.A. v. DIM Western, Inc., et al; Case No. 10 CH 26164** | **complaint for foreclosure** | **Circuit Court, Cook County, Chancery Division, Chicago, Illinois** | **case pending** |

*
 Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **CNH Capital America LLC v. Yakonskyy; Case No. 2010 L 51039** | **complaint for breach of contract** | **Circuit Court, Cook County, Law Division, Chicago, IL** | **citation to discover assets issued** |
| **Ridgestone Bank v. DIM 830, Inc., et al; Case No. 10 CH 00715** | **complaint for foreclosure** | **Circuit Court, Cook County, Chancery Division, Chicago, Illinois** | **case pending** |
| **MB Financial v. Yakonskyy; Case No. 10 CH 17437** | **complaint for foreclosure** | **Circuit Court, Cook County, Chancery Division, Chicago, Illinois** | **case pending** |
| **Ridgestone Bank v. DIM 2800, Inc., et al; Case No. 10 CH 00165** | **complaint for foreclosure** | **Circuit Court, Cook County, Chancery Division, Chicago, Illinois** | **case pending** |
| **US Bank v. Iryna Yakonska; Case No. 11 CH 0776** | **complaint for foreclosure** | **Circuit Court, Lake County, Chancery Division** | **case pending** |
| **Scheck Lumber Co. v. DIM GC, Inc. et al; Case No. 2010 AR 164** | **complaint for brech of contract** | **Circuit Court, DuPage County, Wheaton, Illinois** | **case pending** |
| **Amcore Bank v. DIM 2121, Inc., et al; Case No. 09 CH 36564** | **complaint for foreclosure** | **Circuit Court, Chancery Division, Chicago, Illinois** | **case pending** |
| **The City of Chicago v. DIM 2121, Inc., et al; Case No. 09 M1 401669** | **municipal code violations** | **Circuit Court, Cook County, First Municipal District, Chicago, Illinois** | **case pending** |
| **JP Morgan Chase Bank v. Nivimax, Inc., et al; Case No. 2010 M1 101014** | **complaint for breach of contract** | **Circuit Court, Cook County, First Municipal District, Chicago, Illinois** | **case pending** |
| **Ford Motor Credit Co. v. Yakonskyy; Case No. 10 M1 136739** | **complaint for breach of contract** | **Circuit Court, Cook County, First Municipal District, Chicago, Illinois** | **case pending** |
| **The City of Chicago v. Yakonskyy; Case No. 2011 M1 656016** | **municipal code violations** | **Circuit Court, Cook County, First Municipal District, Chicago, Illinois** | **case pending** |
| **Al Warren Oil Company v. Codex Group, Inc., et al; Case No. 2010 M1 107319** | **complaint for breach of contract** | **Circuit Court, Cook County, First Municipal District, Chicago, Illinois** | **case pending** |
| **The City of Chicago v. 2800 W. North Ave., et al; Case No. 2009 M1 402920** | **municipal code violations** | **Circuit Court, Cook County, First Municipal District, Chicago, Illinois** | **case pending** |
| **Zahedi v. Yakonskyy, et al; Case No. 2011 L 004172** | **complaint for breach of contract** | **Circuit Court, Cook County, Law Division, Chicago, Illinois** | **case pending** |
| **Harris Bank v. DIM Western, Inc., et al; Case No. 2011 CH 06350** | **complaint for foreclosure** | **Circuit Court, Cook County, Chancery Division, Chicago, Illinois** | **case pending** |
| **Wells Fargo v. Yakonska; Case No. 2009 CH 19939** | **complaint for foreclosure** | **Circuit Court, Cook County, Chancery Division, Chicago, Illinois** | **case pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Audi Financial Services**<br>**PO BOX 3**<br>**Hillsboro, OR 97123** | **August 2010** | **2007 Audi Q7** |
| **VW Credit, Inc.**<br>**PO Box 7532**<br>**Libertyville, IL 60048** | **August 2010** | **2008 VW Touareg** |
| **CNH Capital America LLC**<br>**c/o W. Kent Carter - Clark Hill PLC**<br>**150 N. Michigan Ave. #2700**<br>**Chicago, IL 60601** | **August 2011** | **construction equipment** |
| **Wells Fargo Home Mortgage**<br>**PO Box 5296**<br>**Carol Stream, IL 60197-5296** | **December 2009** | **Property locatred at 2200 N. 72nd Court, Elmwood Park, IL 60707** |
| **Bayview Loan Servicing**<br>**4425 Ponce De Leon Blvd**<br>**5th Floor**<br>**Miami, FL 33146** | **July 2011** | **Land located at 2121 W. Grand Ave., Chicago, IL** |
| **Harris, N.A.**<br>**PO Box 6201**<br>**Carol Stream, IL 60197-6201** | **July 2011** | **Commercial space located at 1111 N. Western Ave. (Units 1S and 1N), Chicago, IL** |
| **Ridgestone Bank**<br>**13925 W. North Ave.**<br>**Brookfield, WI 53005** | **April 2010** | **Condominium located at 830 N. Ashland Ave., Unit 1N transferred via "deed in lieu of foreclosure."** |
| **MB Financial Bank**<br>**PO Box 790408**<br>**Saint Louis, MO 63179-0408** | **July 2010** | **Condominium located at 830 N. Ashland Ave., Unit 1S, Chicago, IL** |
| **Selfreliance Ukrainian American FCU**<br>**PO Box 4521**<br>**Carol Stream, IL 60197-4521** | **April 2011** | **Condominium located at 830 N. Ashland Ave., Unit 1S transferred via "deed in lieu of foreclosure"** |
| **Ridgestone Bank**<br>**13925 W. North Ave.**<br>**Brookfield, WI 53005** | **June 2011** | **Property located at 2808-14 W. North Ave., Chicago, Illinois** |

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

5

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of David Freydin, Ltd.**<br>**4433 West Touhy**<br>**Suite 405**<br>**Lincolnwood, IL 60712** | **various** | **$1,800.00** |
| **Cricket Debt, Inc.**<br>**501 N. Allen Street Robinson**<br>**Robinson, IL 62454** | **08/22/2011** | **$36** |

### 10. Other transfers

None
☐
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Warehouse Investment Inc.**<br>**7918 Sunset Drive**<br>**Elmwood Park, IL 60707**<br>    **none** | **12/17/2010** | **property located at 211-217 North Mozart, Chicago, IL transferred via "deed in lieu of foreclosure." Debtor did not receive any cash at the closing.** |

None ■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11.  Closed financial accounts

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12.  Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15.  Prior address of debtor

None ■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16.  Spouses and Former Spouses

None ■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Codex Holding, Inc. | 5588 | 830 N. Ashland Ave. 1N Chicago, IL 60622 | construction and development | 2008 - 2011 |
| Codex Group, Inc. | 6286 | 830 N. Ashland Ave., Suite 1S Chicago, IL 60622 | construction and development | 2006 - present |
| DIM 830, Inc. | 1872 | 2830 Blackthorn Road Deerfield, IL 60015 | construction and development | 2005 - present |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| DIM Construction, Inc. | 3993 | 2830 Blackthorn Road Deerfield, IL 60015 | construction and development | 2005 - 2011 |
| Medtech Store, Inc. | 3599 | 260 Howard Ave. Des Plaines, IL 60018 | medical equipment import and export | 2009- 2011 |
| DIM GC, Inc. | 8695 | 2830 Blackthorn Road Deerfield, IL 60015 | construction and development | 2007 - present |
| IMVM, Inc. | 5216 | 2830 Blackthorn Rd. Deerfield, IL 60015 | computer consulting services | 2010 - present |
| VivaMax, Inc. | 6635 | 2830 Blackthorn Rd. Deerfield, IL 60015 | trucking | 2004 - present |
| 2426 W. Ohio Inc. | 0007 | 2830 Blackthorn Road Deerfield, IL 60015 | construction and development | 2003 - 2011 |
| Smart 1701, Inc. | 6905 | 836 N. Damen Ave., Unit 2 Chicago, IL 60622 | construction and development | 2007 - present |
| DIM 2800 Inc. | 0034 | 2830 Blackthorn Road Deerfield, IL 60015 | construction and development | 2005 - 2011 |
| DIM Builders, Inc. | 2477 | 2830 Blackthorn Road Deerfield, IL 60015 | construction and development | 2005 - 2011 |
| DIM Western, Inc. | 8237 | 2830 Blackthorn Road Deerfield, IL 60015 | construction and development | 2005 - 2011 |
| UNS Development Inc. | 0183 | 2830 Blackthorn Rd. Deerfield, IL 60015 | construction and development | 2005 - 2011 |

None
■     b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                              ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐     a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **VB Accounting and Tax Services** **2638 Foxwood Dr.** **New Lenox, IL 60451** | **preparation of tax returns for Codex Holding, Inc., Codex Group, Inc.** |

None
■     b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                                    DATES SERVICES RENDERED

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                            ADDRESS

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                      DATE ISSUED

---

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Vyacheslav Yakonskyy** 2830 Blackthorn Road Deerfield, IL 60015 | **President** | **100% shareholder of IMVM, Inc., 50% shareholder of Smart 1701, Inc.** |
| **Iryna Yakonska** 2830 Blackthorn Road Deerfield, IL 60015 | **President** | **100% shareholder of Viva Max, Inc.** |

---

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Vyacheslav Yakonskyy**<br>**2830 Blackthorn Road**<br>**Deerfield, IL 60015** | **100% shareholder of DIM GC, Inc.;**<br>**50% shareholder of Codex Holding, Inc., Codex Group, Inc., DIM 830, Inc., DIM Construction, Inc., Medtech Store, Inc., 2426 W. Ohio, Inc., DIM 2800, Inc., DIM Builders, Inc., DIM Western, Inc., UNS Development, Inc.** | **2011** |
| **Ihor Shvetsov**<br>**836N. Damen Ave., Unit 2**<br>**Chicago, IL 60622** | **50% Shareholder of Codex Holding, Inc., Codex Group, Inc., 50% shareholder of Smart 1701, Inc.** | **2011** |
| **Yaroslav Kot**<br>**338 S. Rohlwing Road**<br>**Palatine, IL 60074** | **50% shareholder of DIM 830, Inc., DIMConstruction, Inc., 2426 W. Ohio, Inc., DIM 2800, Inc., DIM Builders, Inc., DIM Western, Inc., UNS Development, Inc.** | **2011** |
| **Vladimir Zaranok**<br>**260 Howard Ave.**<br>**Des Plaines, IL 60018** | **50% shareholder of Medtech Store, Inc.** | **2011** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **August 22, 2011**          Signature  **/s/ Vyacheslav Yakonskyy**
                                              **Vyacheslav Yakonskyy**
                                              Debtor


Date  **August 22, 2011**          Signature  **/s/ Iryna Yakonska**
                                              **Iryna Yakonska**
                                              Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Vyacheslav Yakonskyy**
      **Iryna Yakonska**

                               Debtor(s)

Case No.

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Bank of America Home Loans** | **Describe Property Securing Debt:**<br>**House;**<br>**Location: 2830 Blackthorn Road, Deerfield IL 60015**<br>**Purchased in 2006 for $803,000** |

Property will be (check one):
   ☐ Surrendered                              ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                       ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Bayview Loan Servicing** | **Describe Property Securing Debt:**<br>**Commercial space;**<br>**Location: 1121 N. Western Ave., Chicago, IL 60622**<br>**Purchased in 2005 for $1,250,000** |

Property will be (check one):
   ☐ Surrendered                              ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                       ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**GMAC Mortgage** | **Describe Property Securing Debt:**<br>**House;**<br>**Location: 2830 Blackthorn Road, Deerfield IL 60015**<br>**Purchased in 2006 for $803,000** |

Property will be (check one):
   ■ Surrendered        □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt        ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Navistar Financial Corporation** | **Describe Property Securing Debt:**<br>**2005 Utility trailer; title held by VivaMax, Inc.** |

Property will be (check one):
   □ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   ■ Reaffirm the debt
   □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt        □ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**PNC Mortgage** | **Describe Property Securing Debt:**<br>**2-Flat;**<br>**Location: 2424 W. Ohio St., Chicago, IL 60612**<br>**Purchased in 2002 for 418,000** |

Property will be (check one):
   □ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   ■ Reaffirm the debt
   □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt        ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                                    Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Scheck Lumber Company** | **Describe Property Securing Debt:**<br>**House;**<br>**Location: 2830 Blackthorn Road, Deerfield IL 60015**<br>**Purchased in 2006 for $803,000** |

Property will be (check one):
    ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt              ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Selfreliance Ukrainian American FCU** | **Describe Property Securing Debt:**<br>**House;**<br>**Location: 1927 N. 77th Ave., Elmwood Park, IL 60707**<br>**Purchased in 2002 for $303,000** |

Property will be (check one):
    ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt              ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 4

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Selfreliance Ukrainian American FCU** | **Describe Property Securing Debt:**<br>**2-Flat;**<br>**Location: 2424 W. Ohio St., Chicago, IL 60612**<br>**Purchased in 2002 for 418,000** |

Property will be (check one):
   ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt        ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **August 22, 2011**       Signature  **/s/ Vyacheslav Yakonskyy**
                                     **Vyacheslav Yakonskyy**
                                     Debtor

Date  **August 22, 2011**       Signature  **/s/ Iryna Yakonska**
                                       **Iryna Yakonska**
                                     Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Vyacheslav Yakonskyy**
    **Iryna Yakonska**
                           Debtor(s)
          Case No.
          Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,800.00** |
| Prior to the filing of this statement I have received | $ | **1,800.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    b.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 22, 2011**
                                  **/s/ David Freydin**
                                  **David Freydin**
                                  **Law Offices of David Freydin, Ltd.**
                                  **4433 West Touhy**
                                  **Suite 405**
                                  **Lincolnwood, IL 60712**
                                  **888-536-6607  Fax: 866-575-3765**
                                  **david.freydin@freydinlaw.com**

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Form B 201A, Notice to Consumer Debtor(s)                                                                                          Page 2

     Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

     Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

     After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

     Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

     Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

     A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Vyacheslav Yakonskyy**
       **Iryna Yakonska**                  Case No. _____

                             Debtor(s)        Chapter    **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

      I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Vyacheslav Yakonskyy** | | X   **/s/ Vyacheslav Yakonskyy** | **August 22, 2011** |
|---|---|---|---|
| **Iryna Yakonska** | | | |
| Printed Name(s) of Debtor(s) | | Signature of Debtor | Date |
| | | | |
| Case No. (if known) _____ | | X   **/s/ Iryna Yakonska** | **August 22, 2011** |
| | | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Vyacheslav Yakonskyy**
**Iryna Yakonska**
_____
Debtor(s)

Case No. _____
Chapter   **7**   _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **273**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **August 22, 2011**
_____

**/s/ Vyacheslav Yakonskyy**
_____
**Vyacheslav Yakonskyy**
Signature of Debtor

Date:   **August 22, 2011**
_____

**/s/ Iryna Yakonska**
_____
**Iryna Yakonska**
Signature of Debtor

A-Diamond Glass of Chicago
c/o Slawomir Bidas
1801 N. Humboldt Blvd.
Chicago, IL 60647

ABD & Associates
c/o Zenon Wozny
8747 W. Bryn Mawr, Unit 505
Chicago, IL 60631

ABD American Builders andDevelopers
Valeriy Yenakiy
2654 American Lane
Elk Grove Village, IL 60007

Abt Electronics
Accounts Receivable
1200 N. Milwaukee
Glenview, IL 60026

Acorn Garage, Inc.
417 N. Hoyne Ave.
Chicago, IL 60612

ADT Security Service, Inc.
PO BOX 371490
Pittsburgh, PA 15250-7490

Advanced On-Site Concrete Inc.
5308 W. Grand Ave.
Chicago, IL 60639

Advanta Bank Corporation
PO Box 30715
Salt Lake City, UT 84130-0715

Airgas North Central
3223-27 North Elston
Chicago, IL 60618

AJAX Waster Services
PO BOX 3909
Joliet, IL 60434

Al Warren Oil Company
c/o Michael D. Weis
PO BOX 1166
Northbrook, IL 60065


Alex Ivankevych
2455 West Ohio, Unit 2E
Chicago, IL 60612


Amcore Bank
1210 S. Alpine Road
Rockford, IL 61108


Amcore Bank
1210 S. Alpine Road
Rockford, IL 61108


Amcore Bank
1210 S. Alpine Road
Rockford, IL 61108


AMEL of IL, Inc.
c/o Michail Martyniv
3445 W. Evergreen Ave.
Chicago, IL 60651


American Express
Box 0001
Los Angeles, CA 90096-0001


American Express
Box 0001
Los Angeles, CA 90096-0001


American Waste Haulers, Inc.
2100 W. Madison St.
Maywood, IL 60153


Americollect
PO BOX 1566
Manitowoc, WI 54221


Americollect
PO BOX 1566
Manitowoc, WI 54221

Anatoliy Kadobnyak
2007 N. Lamon Ave.
Chicago, IL 60639


Andriy Shkoruta
2616 W. Iowa
Chicago, IL 60622


Arc Insulation, Inc.
29 Forestwood Court, Unit 1
Romeoville, IL 60446


Armchair Property Management
PO BOX 577395
Chicago, IL 60657


Armchair Property Management
PO BOX 577395
Chicago, IL 60657


Arstass, Inc.
c/o Ihor Stasevych
435 Cove Ln
Wilmette, IL 60091


Associated Recovery Systems
PO BOX 469046
Escondido, CA 92046-9046


Audi Financial Services
PO BOX 3
Hillsboro, OR 97123


Axis Response Group, LLC
PO BOX 597379
Chicago, IL 60659


Bank of America
PO Box 15184
Wilmington, DE 19850-5184


Bank of America
PO Box 15184
Wilmington, DE 19850-5184

Bank of America
PO Box 15184
Wilmington, DE 19850-5184


Bank of America
PO Box 15184
Wilmington, DE 19850-5184


Bank of America
PO Box 15184
Wilmington, DE 19850-5184


Bank of America Home Loans
AZ1-807-01-19
1515 W. 14th St.
Tempe, AZ 85281


Barry Serota and Associates
PO BOX 1008
Arlington Heights, IL 60006


Bayview Loan Servicing
4425 Ponce De Leon Blvd
5th Floor
Miami, FL 33146


Bayview Loan Servicing
4425 Ponce De Leon Blvd
5th Floor
Miami, FL 33146


Best Supply of Illinois
1510 Lunt Ave.
Elk Grove Village, IL 60007


Blitt & Gaines
661 GLENN AVE
Wheeling, IL 60090


Blue Book of Building and Construct
c/o Prentice Hall Corp.
33 North LaSalle Co.
Chicago, IL 60602

BM International
2637 W. Haddon
Chicago, IL 60622


Boris Nychyk
1007 N. Francisco, Unit 2
Chicago, IL 60622


Brook Electric, Inc.
3423 N. Drake Ave.
Chicago, IL 60618


Buffalo Grove Orthopaedic Associate
600 W. Lake Cook Road
Suite 160


Capital Management Services LP
726 Exchange Street
Suite 700
Buffalo, NY 14210


Capital One Bank
PO Box 5294
Carol Stream, IL 60197-5294


Capitol Insurance Companies
BOX 673110
Milwaukee, WI 53267


Carmelo Elias Cruz
6439 Hamilton Ave. # 2D
Chicago, IL 60645


Center Capital Corporation
PO BOX 330
Hartford, CT 06141


Chase
PO BOX 9001022
Louisville, KY 40290-1022


Chase Cardmember Services
PO Box 15678
Wilmington, DE 19885-5678

```
Chase Cardmember Services
PO Box 15678
Wilmington, DE 19885-5678


Chase Cardmember Services
PO Box 15678
Wilmington, DE 19885-5678


Chase Cardmember Services
PO Box 15678
Wilmington, DE 19885-5678


Chase Cardmember Services
PO Box 15678
Wilmington, DE 19885-5678


Chase Cardmember Services
PO Box 15678
Wilmington, DE 19885-5678


Chase Cardmember Services
PO Box 15678
Wilmington, DE 19885-5678


Chase Cardmember Services
PO Box 15678
Wilmington, DE 19885-5678


Chase Cardmember Services
PO Box 15678
Wilmington, DE 19885-5678


Chase Home Finance
PO BOX 78420
Phoenix, AZ 85062


Chicago Area Building Specialists
303 W. Irving Park
Roselle, IL 60172


Chicago Scuffolding
4824 W. Lake Street
Chicago, IL 60622
```

Chutes International
c/o Markoff and Krasny
29 N. Wacker Drive, Unit 500
Chicago, IL 60606


Citi Cards
PO Box 6077
Sioux Falls, SD 57117-6077


City of Chicago
Administrative Hearings Collections
121 N. LaSalle St., Room 107A
Chicago, IL 60602


CNH Capital
PO BOX 0507
Carol Stream, IL 60132-0507


CNH Capital America LLC
c/o W. Kent Carter - Clark Hill PLC
150 N. Michigan Ave. #2700
Chicago, IL 60601


Cobra Concrete Cutting Inc.
2416 E. Oakton
Arlington Heights, IL 60005


Comcast Cable
PO Box 3002
Southeastern, PA 19398-3002


Comcast Cable
PO Box 3002
Southeastern, PA 19398-3002


ComEd
Bill Payment Center
Chicago, IL 60668


Complete Elevator Service Inc.
c/o John Perkins
4513 Lincoln, Suite 215
Lisle, IL 60532

Cook County Treasurer
118 N. Clark Street, Suite 112
Chicago, IL 60602


Credit Protection Association
13355 Noel Road
Suite 2100
Dallas, TX 75240


Credit Protection Association
13355 Noel Road
Suite 2100
Dallas, TX 75240


Crown Steel Sales
3355 West 31st
Chicago, IL 60623


Cumberland Accounting Services
4501 N. Cumberland, Suite C
Harwood Heights, IL 60706


Darpet Windows, Doors & Trim
1516 E. Algonquin Rd
Arlington Heights, IL 60005


De Canio Builders
738 N. California
Chicago, IL 60612


Delta Screw Company
2036 N. Cambell Ave.
Chicago, IL 60647


Department of the Treasury
Financial Management Service
PO BOX 830794
Birmingham, AL 35283-0794


Discount Roofind Materials, Inc.
2700 N. Pulaski Ave.
Chicago, IL 60639

Discover Financial Services
P.O. Box 30943
Salt Lake City, UT 84130-0943


Discover Financial Services
P.O. Box 30943
Salt Lake City, UT 84130-0943


Dmytro Trotsenko
2732 W. Thomas
Chicago, IL 60622


Ecogardens LLC
c/o Gregory Raymond
1937 N. Winchester
Chicago, IL 60622


Edgar Farez
3805 W. Diversey
Chicago, IL 60647


Elavon Settlement
PO BOX 86
SDS 12-2291
Minneapolis, MN 55486


Enterprise Portfolio Services
4308 Three Mile Rd. NW
Grand Rapids, MI 49534-1297


Equable Ascent Financial
1120 W. Lake Cook Rd.
Suite A
Buffalo Grove, IL 60089


ETS Environmental & Associates
Daniel Anderson
1820 Wallace Ave., Suite 123
Saint Charles, IL 60174


Eugene Koulbanski
7606 Eleanor Place
Willowbrook, IL 60527

Eugeni Heating, Inc.
c/o Eugeni Kolbanski
425 Huehl Road, Suite 4B
Northbrook, IL 60062


Exclusive Tile, Inc.
c/o Alexander Govzan
1622 N. 73rd
Elmwood Park, IL 60707


Favorite Construction
7444 W. Oleander Ave.
Chicago, IL 60631


First Equity Card Corporation
PO Box 23029
Columbus, GA 31902-3029


Fischer Crane Inc.
120 S. LaSalle, Suite 1335
Chicago, IL 60603


Five Point Capital, Inc.
10525 Vista Sorrento Prkwy #304
San Diego, CA 92121


Ford Motor Credit
PO BOX 54200
Omaha, NE 68154


Foundation Drilling
215 Industrial Lane
Wheeling, IL 60090


Foundation Engineering
PO BOX 3613
Lake Zurich, IL 60047


Frank Kladis
Regas, Frezados & Dallas LLP
111 W. Washington St., Suite1525
Chicago, IL 60602

Frank Kladis
Regas, Frezados & Dallas LLP
111 W. Washington St., Suite1525
Chicago, IL 60602


Frederick J. Hanna & Associates, PC
1427 Roswell Road
Marietta, GA 30062


Fry Water and Damp Proofing
13624 Eileen Court
Orland Park, IL 60462


GC Services Limited Partnership
Collection Agency Division
Houston, TX 77081


Gilbert Levis Associates
1020 E. 41st Place
Chicago, IL 60653


GMAC Mortgage
3451 Hammond Ave.
PO BOX 780
Waterloo, IA 50704-0780


Great House Construction
c/o Ihor Khoma
2134 Beechnut Rd.
Northbrook, IL 60062


Hambro
4010 Clay St.
PO BOX C/285
Point of Rocks, MD 21777


Hanna Architects
188 W. Randolph St.
Chicago, IL 60601


Harris & Harris
222 Merchandise Plaza #1900
Chicago, IL 60645

Harris Bank
c/o David Kluever
65 E. Wacker Place, Suite 2300
Chicago, IL 60601


Harris, N.A.
PO Box 6201
Carol Stream, IL 60197-6201


Hausman-Kunkel, Inc.
43 East Glenlake
Roselle, IL 60172


Health & Fitness Center
1501 Busch Parkway
Buffalo Grove, IL 60089


Hinkle Engineering
8167 South Cass
Darien, IL 60561


Hollywood Crane Services
PO BOX 414
Chicago Ridge, IL 60415


Home Depot Credit Services
Processing Center
Des Moines, IA 50364-0500


Honda Financial Services
P.O. Box 60001
City Of Industry, CA 91716


Honda Financial Services
P.O. Box 60001
City Of Industry, CA 91716


Iaroslav Palagniuk
2558 W. Superior
Chicago, IL 60612


Ihor Shvetsov
836 N. Damen Ave.
Chicago, IL 60622

Ilim Mazhitov
5365 N. Delphia Ave.
Apt. 266
Chicago, IL 60656


Interior Stone of Midwest, Inc.
c/o Stanley Pluta
1801-17 N. Humboldt
Chicago, IL 60647


Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346


Ivan Barabash
3108 W. Walton St.
Apt 2A
Chicago, IL 60622


Ivan Gasko
3123 N. Natoma Ave.
Chicago, IL 60634


Ivan Vintonyak
2121 W. Huron St.
Chicago, IL 60612


Karen Biazar
2324 W. North Ave.
Chicago, IL 60647-5315


Kavic Construction
c/o Victor Kashivskiy
1040 Withfield Road
Northbrook, IL 60062


Kazim Shamuratov
8614 W. Berwyn
Chicago, IL 60656


Kowenia & Alex Services
3045 N. Milwaukee Ave.
Chicago, IL 60618

Kramer & Associates
PO BOX 500
Westwood, NJ 07675


KRW Consulting Group
c/o Law Offices of Joel Cardis
2006 Swede Road, Suite 100
Norristown, PA 19401


L Poleyk
c/o Ira Kaufman
566 West Lake St. Suite 410
Chicago, IL 60661


Lake County Collector
18 N. County St., Suite 102
Waukegan, IL 60085


LAS Hardwood Inc.
5200 Wesley Terrace
Chicago, IL 60656


Law Offices of Douglas Johnson
321 N. Clark St, 5th Floor
Chicago, IL 60654


LiveOffice LLC
2780 Skypark Drive, Suite 300
Torrance, CA 90505


Lopeli, Ltd.
c/o Eugene Volynets
PO BOX 417
Greenvale, NY 11548


LZ Services Express, Inc.
c/o Ladislav Zumar
18 W. 125 63rd St., Apt .203A
Westmont, IL 60559


Malgorzata Sierbinska
1963 Grove Ave.
Schaumburg, IL 60173

Manifest Funding Services
PO BOX 790448
Saint Louis, MO 63179


Mariya Barabach
2637 W. Haddon
Chicago, IL 60622


Master Washing
3351 N. Neenah
Chicago, IL 60634


Mayfair Lumber
4825 W. Lawrence Ave.
Chicago, IL 60630


MB Financial Bank
PO Box 790408
Saint Louis, MO 63179-0408


MBP Services
c/o Martin Brzozowski
1500 Sandstone
Wheeling, IL 60090


Merchants Services
PO BOX 9599
Knoxville, TN 37940


Metal Construction Inc.
c/o Dmytro Venhrynovych
1910 W. Chicago Ave., Unit 3R
Chicago, IL 60622


Michael's Carpentry and Remodeling
c/o Michael Mayik
203 N. Fairview St
Mount Prospect, IL 60056


Midwest Bank
PO Box 790408
Saint Louis, MO 63179-0408

Midwest Bank
c/o Dan Stokes
501 West Northn Ave.
Melrose Park, IL 60160


Midwest Technical Consultants
1840 Centre Point
Naperville, IL 60563


Milena Jguenti, MD
1247 North Milwaukee Ave.
Glenview, IL 60025


Miroslaw Siembab
2921 N. 77th Ave.
Elmwood Park, IL 60707


MM Universal Corp
c/o Mykhaylo Samnara
2320 West Iowa St, 3rd Floor
Chicago, IL 60622


MNOA Construction
c/o Murtaza Shamuratov
5241 N. Potawatomie Unit 1W
Chicago, IL 60656


Mobile Mini, Inc.
c/o CT Corporation
208 S. LaSalle St., Suite 814
Chicago, IL 60604


Mohammad and Patricia Zahedi
1300 W. Belmont Unit 502
Chicago, IL 60657


Mohammad and Patricia Zahedi
1300 W. Belmont Unit 502
Chicago, IL 60657


Multiple Concrete Accesories
20284 N. Rand Road
Palatine, IL 60074

Murtaza Shamuratov
5241 N. Potawatomie
Chicago, IL 60656


N.Y. Watchmen Services
c/o Michael Elem
544 53rd Ave
Bellwood, IL 60104


Nationwide Credit
2015 Vaughn Rd. NW
Bld. 400
Kennesaw, GA 30144


Nationwide Credit
2015 Vaughn Rd. NW
Bld. 400
Kennesaw, GA 30144


Navistar Financial Corporation
75 Remittance Drive, Suite 1852
Chicago, IL 60675


Nicor, Inc.
PO Box 416
Aurora, IL 60568


Northwest Community Hospital
800 West Central Road
Arlington Heights, IL 60005-2349


Northwest Community Hospital
800 West Central Road
Arlington Heights, IL 60005-2349


Northwest Suburban Anesthesiologist
c/o Medical Business Bureau
PO BOX 1219
Park Ridge, IL 60068


Olearys Contractors
4554 W. North Ave.
Chicago, IL 60639

Oleg Stadnyk
3443 W. Chicago Ave.
2nd Floor
Chicago, IL 60651


OMK Steel Construction
2547 W. Superior St.
Chicago, IL 60622


Ozinga Ready Mix Concrete
PO BOX 910
Frankfort, IL 60423


Patent Construction Systems
PO BOX 643465
Pittsburgh, PA 15264


Paul Kulas
2329 W. Chicago Ave.
Chicago, IL 60622


Pavlo Derevianyi
822 N. Campbell
Chicago, IL 60622


Payline West Inc.
420 Nolen Drive
South Elgin, IL 60177


PED, Inc.
5264 N. Natchez
Chicago, IL 60656


Peoples Energy
ATTN: Customer Service
130 East Randolph Drive
Chicago, IL 60601


Peoples Energy
ATTN: Customer Service
130 East Randolph Drive
Chicago, IL 60601

Peoples Energy
ATTN: Customer Service
130 East Randolph Drive
Chicago, IL 60601


Phillips & Cohen Associates, Ltd.
1002 Justison St.
Wilmington, DE 19801


Piotr Tokarz
PT's Heating and Cooling
3431 N. Knox
Chicago, IL 60641


Platyk Plumbing
c/o Wladyslaw Patyk
7475 Oak Park Ave.
Niles, IL 60714


PNC Bank
PO BOX 856177
Louisville, KY 40285


PNC Bank
PO BOX 856177
Louisville, KY 40285-6177


PNC Mortgage
3232 Newmark Drive
Miamisburg, OH 45342


Poldor Construction
3410 N. Nordica
Chicago, IL 60634


Praire Materials
5185 Paysphere Circle
Chicago, IL 60674


Premium Exteriors, Inc.
5521 N. Cumberland #1109
Chicago, IL 60656

Professional Collection Consultants
2700 Meridian Parkway
Suite 200
Durham, NC 27713


Professional Warranty Service
4443 Brookfield Corporate
Chantilly, VA 20151


Progress IP, Inc.
2558 W. Superior
Chicago, IL 60612


PT's Heating and Cooling, Inc.
710 N. Dryden
Arlington Heights, IL 60004


Quality Excavation
1120 W. Belmont Ave.
Chicago, IL 60657


R.A.R. Design Square Inc.
2618 W. Superior
Chicago, IL 60612


Rach Electric
c/o Zoe Biel
1478 West Webster Ave.
Chicago, IL 60614


Rafael Henry
4444 N. Avers
Chicago, IL 60625


Ramiro Rendon
1936 S. Central
Cicero, IL 60804


Ravenswood Disposal Services
c/o Branko Vardijan
660 Meadowood
Lake Forest, IL 60045

Receivable Management Services
240 Emery Street
PO BOX 20410
Lehigh Valley, PA 18002


Ridgestone Bank
PO BOX 790408
Saint Louis, MO 63179


Ridgestone Bank
13925 W. North Ave.
Brookfield, WI 53005


Ridgestone Bank
13925 W. North Ave.
Brookfield, WI 53005


Rite Construction
c/o Peter Kaczynski
191 Oakland Grove
Elmhurst, IL 60126


Riverside Pump
9345 Southview
PO BOX 597
Brookfield, IL 60513


Robert A. Boron
33 N. LaSalle Suite 3200
Chicago, IL 60602


Roman Nydza
2416 W. Huron
Apt. 2
Chicago, IL 60612


ROSE Pest Solutions
1809 W. North Ave.
Chicago, IL 60622


Russell Custer
1900 Spring Road, Suite 200
Oak Brook, IL 60523

Russell Custer
1900 Spring Road, Suite 200
Oak Brook, IL 60523


Safdar A. Gill
9107 Samoset Trail
Skokie, IL 60076


Scheck Lumber Company
c/o Nigro & Westfall
1793 Bloomingdale Rd.
Glendale Heights, IL 60139


Scheck Lumber Company
c/o Nigro & Westfall
1793 Bloomingdale Rd.
Glendale Heights, IL 60139


Schindler Elevator Corp.
PO BOX 70433
Chicago, IL 60673


Scorpio Excavating
1708 E. Euclid Road
Arlington Heights, IL 60004


Selfreliance Ukrainian American FCU
PO Box 4521
Carol Stream, IL 60197-4521


Selfreliance Ukrainian American FCU
PO Box 4521
Carol Stream, IL 60197-4521


Selfreliance Ukrainian American FCU
PO Box 4521
Carol Stream, IL 60197-4521


Selfreliance Ukrainian American FCU
PO Box 4521
Carol Stream, IL 60197-4521


Selfreliance Ukrainian American FCU
PO Box 4521
Carol Stream, IL 60197-4521

Sergii Stetsiuk
2424 W. Ohio, Apt. 3
Chicago, IL 60612


Serhiy Lyutenko
2110 N. Whipple St.
Chicago, IL 60622


Serhiy Pavzyuk
836 N. Francisco Ave.
Chicago, IL 60622


Skyline Steel
c/o CT Corporation
208 S. LaSalle, Suite 814
Chicago, IL 60604


Soltis Services
c/o Nikolay Soltys
1838 Locust St.
Des Plaines, IL 60018


Soto Insulation
4323 South Western
Chicago, IL 60609


St. Mary's Cement Inc.
c/o Illinois Corporation Services
801 Adlai Stevenson Drive
Springfield, IL 62703


Stanislaw Walecki
9307 Irving Park
Apt 18
Schiller Park, IL 60176


Stepan Dehod
2300 W. Huron St.
2nd Floor
Chicago, IL 60622


Stepan Kolodiy
2650 W. Iowa St.
Chicago, IL 60622

Structural Engineering Consultants
c/o Theodore Shew
101 N. virginia St., Suite 260
Crystal Lake, IL 60014


Sunbelt Rentals, Inc.
c/o CT Corporation System
208 S. LaSalle St. Suite 814
Chicago, IL 60604


Superior Piling
7247 S. 78th Ave.
Bridgeview, IL 60455


Supreme Landscaping Inc.
4628 S. Lawler
Chicago, IL 60638


Symons
PO BOX 712299
Cincinnati, OH 45271


T & D Painting and Drywall Inc.
c/o Fortino Galindo
222 Hunter Ave.
Joliet, IL 60436


Taedusz Maminski
3301 Ernst St.
Franklin Park, IL 60131


Testing Service Corporation
360 S. Main Place
Carol Stream, IL 60188


The NYS Thruway Authority
c/o NCO Financial Systems
507 Prudential Road
Horsham, PA 19044


U Logistics, Inc.
c/o Roman Panychevnyy
2448 W. Walton St., 1st Rear
Chicago, IL 60622

Ukrainian Builders Union
c/o Iaroslav Palagniuk
2558 W. Superior St.
Chicago, IL 60612


United Recovery Systems
5800 North Course Drive
Houston, TX 77072


United Rentals
3233 West 36th St.
Chicago, IL 60632


US Bank, Inc.
P.O. Box 5227
Cincinnati, OH 45202-5227


Vadim Davidiouk
744 N Oleander ave
Chicago, IL 60631


Valdir Baron
2106 W. Belmont
Chicago, IL 60618


Vanda Ostrovska
2635 West Rice St., 1st Floor
Chicago, IL 60622


Vasyl Fishchuk
5103 W. Schubert Ave.
Chicago, IL 60639


VB Accounting & Tax Services
2638 Fox Wood Drive
New Lenox, IL 60451


Viktor Kashivskiy
1040 Whitfield Road
Northbrook, IL 60062


Viktor Z Construction
c/o Viktor Zablotskiy
2448 W. Walton St.
Chicago, IL 60622

Volodymyr Barabach
2637 W. Haddon
Chicago, IL 60622


Volodymyr Kisil
2635 W. Rice St.
1st Floor
Chicago, IL 60622


Volodymyr Shchesnyak
2543 W. Cortez
Chicago, IL 60622


Volodymyr Svyatylo
2249 W. Iowa St.
Chicago, IL 60622


Volodymyr Vasus
2545 W. Walton
3rd Floor
Chicago, IL 60622


Volodymyr Yurkevych
2350 W. Superior St.
Chicago, IL 60612


VW Credit, Inc.
PO Box 7532
Libertyville, IL 60048


Weislaw Maminski
3301 N. Ernest St.
Franklin Park, IL 60131


Wells Fargo Home Mortgage
PO Box 5296
Carol Stream, IL 60197-5296


West Lake Bath and Kitchen
c/o Jordan Furlett
1117 W. Lake St.
Chicago, IL 60607

Yaroslav Kot
3200 Orange Brace Road
Deerfield, IL 60015


Yuliya Didura
856 Mansfield
Chicago, IL 60622


Yuriy Rupiy
825 N. California
2nd Floor
Chicago, IL 60622


Zechmann Supply
430 N. Damen Ave.
Chicago, IL 60622


Zibby Iron & Metal
941 N. California Ave.
Chicago, IL 60622


Zoya Kosman, MD
c/o JDT Medical Billing
9150 N. Crawford, Unit 200
Skokie, IL 60076