## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: YAKONSKYY, VYACHESLAV | § Case No. 11-34325-ABG |
| YAKONSKA, IRYNA | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 22, 2011. The undersigned trustee was appointed on December 15, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $         10,000.00

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 18.49 |
| Bank service fees | 547.72 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 9,433.79 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/15/2012 and the deadline for filing governmental claims was 02/18/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,750.00, for a total compensation of $1,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/09/2017        By: /s/ILENE F. GOLDSTEIN
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-34325-ABG  
**Case Name:** YAKONSKYY, VYACHESLAV  
YAKONSKA, IRYNA  
**Period Ending:** 03/09/17

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 08/22/11 (f)  
**§341(a) Meeting Date:** 09/19/11  
**Claims Bar Date:** 03/15/12

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | House;, Location: 2830 Blackthorn Road, Deerfiel  Orig. Asset Memo: Imported from original petition Doc# 1 | 500,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | House;, Location: 1927 N. 77th Ave., Elmwood Par  Orig. Asset Memo: Imported from original petition Doc# 1 | 200,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2-Flat;, Location: 2424 W. Ohio St., Chicago, IL  Orig. Asset Memo: Imported from original petition Doc# 1 | 250,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | Commercial space;, Location: 1121 N. Western Ave  Orig. Asset Memo: Imported from original petition Doc# 1 | 350,000.00 | 0.00 | | 0.00 | FA |
| 5 | Currency  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Business Checking account at 5/3 Bank  Orig. Asset Memo: Imported from original petition Doc# 1 | 558.88 | 558.88 | | 0.00 | FA |
| 7 | Business checking at Chase Bank  Orig. Asset Memo: Imported from original petition Doc# 1 | 4,000.00 | 2,000.00 | | 0.00 | FA |
| 8 | Furniture and appliances  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 9 | Clothes  Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Jewelry  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 11 | 100% owner of IMVM, Inc.  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 100% owner of VivaMax, Inc. | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-34325-ABG  
**Case Name:** YAKONSKYY, VYACHESLAV  
YAKONSKA, IRYNA  
**Period Ending:** 03/09/17

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 08/22/11 (f)  
**§341(a) Meeting Date:** 09/19/11  
**Claims Bar Date:** 03/15/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 1 |  |  |  |  |  |
| 13 | 2003 Mercedes E320; Mileage: 57,508, title held<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 5,000.00 | 200.00 |  | 0.00 | FA |
| 14 | 2000 Volvo truck; Mileage: 1,100,000; engine ove<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 |  | 0.00 | FA |
| 15 | 2005 Utility trailer; title held by VivaMax, Inc<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 9,000.00 | 2,000.00 |  | 0.00 | FA |
| 16 | Equipment used in business<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 |  | 0.00 | FA |
| 17 | Stock in Corporation  (u) | Unknown | Unknown |  | 10,000.00 | FA |
| 18 | 9458 Kelvin Lane, Unit 108, Schiller Park, IL  (u) | 30,000.00 | 0.00 | OA | 0.00 | FA |
| 18 | **Assets   Totals** (Excluding unknown values) | **$1,354,358.88** | **$6,758.88** |  | **$10,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE BECAME THE SUCCESSOR TRUSTEE ON DECEMBER 15, 2011.  A CREDITOR HAD INITATED A 523/727 COMPLAINT AND THE TRUSTEE WAS AWAITING DETERMINATION IN THAT CASE.  ALL OF THE COUNTS HAVE BEEN DISMISSED WITH PREJUIDICE AS OF AUGUST 2015.   THE TRUSTEE IS FILING FINAL TAX RETURNS AND CLOSING THE ESTATE.

STATUS jANUARY 2017: CERTAIN CREDITORS HAD REQUESTED THAT THE TRUSTEE FOLLOW UP ON POTENTIAL ADDITIONAL ASSETS. tHE TRUSTEE SPENT CONSIDERABLE TIME DOING SO HOWEVER THE INFORMATION THE CREDITORS HAD WAS NOT COMPLETE AND THERE WERE BONA FIDE LIENS ON THE PROPERTY

tHIS CASE IS ADMINISTRATIVELY INSOLVENT HAVING CLOSE TO 4 1/2 MILLION DOLLARS OF CLAIMS AND APPROXIMATELY $9400 IN THE BANK. tHE TRUSTEE PLANS TO FILE HER FINAL REPORT AS IT ADMINISTRATIVELY INSOLVENT CASE. tHIS SHOULD BE DONE BY aPRIL 2017.

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 11-34325-ABG  
**Case Name:** YAKONSKYY, VYACHESLAV  
YAKONSKA, IRYNA  
**Period Ending:** 03/09/17

**Trustee:** (330290)  ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 08/22/11 (f)  
**§341(a) Meeting Date:** 09/19/11  
**Claims Bar Date:** 03/15/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   March 31, 2013        **Current Projected Date Of Final Report (TFR):**   June 30, 2017

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-34325-ABG  
**Case Name:** YAKONSKYY, VYACHESLAV  
YAKONSKA, IRYNA  
**Taxpayer ID #:** **-***1408  
**Period Ending:** 03/09/17

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9166 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/06/13 | {17} | Kott/CFA David Leibovits | Sale of interest in Corporation | 1229-000 | 6,000.00 | | 6,000.00 |
| 12/06/13 | {17} | Kott /LiebowitzIOLTA account | Sale of interest in corporation | 1229-000 | 4,000.00 | | 10,000.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.54 | 9,989.46 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.84 | 9,974.62 |
| 02/25/14 | 101 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #11-34325, Bond Premium<br>Voided on 03/07/14 | 2300-000 | | 12.76 | 9,961.86 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.38 | 9,948.48 |
| 03/07/14 | 101 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #11-34325, Bond Premium<br>Voided: check issued on 02/25/14 | 2300-000 | | -12.76 | 9,961.24 |
| 03/07/14 | 102 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #11-34325, Bond Premium<br>Voided on 03/10/14 | 2300-000 | | 10.29 | 9,950.95 |
| 03/10/14 | 102 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #11-34325, Bond Premium<br>Voided: check issued on 03/07/14 | 2300-000 | | -10.29 | 9,961.24 |
| 03/10/14 | 103 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/10/2014 FOR CASE #11-34325, Bond Premium | 2300-000 | | 10.29 | 9,950.95 |
| 03/10/14 | 104 | Cook County Recorder of Deeds | CHAPTER 7 ADMIN. Recording Interest in Real Estate<br>Voided on 04/26/15 | 2990-000 | | 43.25 | 9,907.70 |
| 03/10/14 | 105 | Cook County Recorder of Deeds | Recoration Fee<br>Stopped on 04/26/15 | 2990-000 | | 9.00 | 9,898.70 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.84 | 9,884.86 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.24 | 9,869.62 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.27 | 9,855.35 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.77 | 9,841.58 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.65 | 9,825.93 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.73 | 9,812.20 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.13 | 9,797.07 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.63 | 9,782.44 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.73 | 9,769.71 |

Subtotals :     $10,000.00     $230.29

{} Asset reference(s)                                                                                                     Printed: 03/09/2017 01:02 PM     V.13.30

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-34325-ABG  
**Case Name:** YAKONSKYY, VYACHESLAV  
YAKONSKA, IRYNA  
**Taxpayer ID #:** **-***1408  
**Period Ending:** 03/09/17

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9166 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.01 | 9,753.70 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.10 | 9,739.60 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.14 | 9,726.46 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.00 | 9,711.46 |
| 04/03/15 | 106 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #11-34325, Bond | 2300-000 | | 5.31 | 9,706.15 |
| 04/26/15 | 104 | Cook County Recorder of Deeds | CHAPTER 7 ADMIN. Recording Interest in Real Estate Voided: check issued on 03/10/14 | 2990-000 | | -43.25 | 9,749.40 |
| 04/26/15 | 105 | Cook County Recorder of Deeds | Recoration Fee Stopped: check issued on 03/10/14 | 2990-000 | | -9.00 | 9,758.40 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.04 | 9,744.36 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.54 | 9,730.82 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.92 | 9,715.90 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.43 | 9,701.47 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.48 | 9,687.99 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.86 | 9,673.13 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.91 | 9,659.22 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.42 | 9,645.80 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.26 | 9,630.54 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.35 | 9,617.19 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.33 | 9,603.86 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.15 | 9,588.71 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.29 | 9,575.42 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.27 | 9,562.15 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.08 | 9,547.07 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.23 | 9,533.84 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.04 | 9,518.80 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.65 | 9,505.15 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.17 | 9,491.98 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.52 | 9,477.46 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.59 | 9,463.87 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.51 | 9,449.36 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.68 | 9,436.68 |
| 03/02/17 | 107 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE | 2300-000 | | 2.89 | 9,433.79 |

Subtotals :  $0.00  $335.92

{} Asset reference(s)    Printed: 03/09/2017 01:02 PM    V.13.30

Case 11-34325   Doc 127   Filed 03/09/17   Entered 03/09/17 13:54:44   Desc Main
Document      Page 8 of 17

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-34325-ABG  
**Case Name:** YAKONSKYY, VYACHESLAV  
YAKONSKA, IRYNA  
**Taxpayer ID #:** **-***1408  
**Period Ending:** 03/09/17

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #11-34325<br>Voided on 03/02/17 | | | | |
| 03/02/17 | 107 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #11-34325<br>Voided: check issued on 03/02/17 | 2300-000 | | -2.89 | 9,436.68 |
| 03/02/17 | 108 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #11-34325<br>Voided on 03/02/17 | 2300-000 | | 2.89 | 9,433.79 |
| 03/02/17 | 108 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #11-34325<br>Voided: check issued on 03/02/17 | 2300-000 | | -2.89 | 9,436.68 |
| 03/02/17 | 109 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #11-34325, Bond | 2300-000 | | 2.89 | 9,433.79 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 10,000.00 | 566.21 | $9,433.79 |
| | Less: Bank Transfers | | 0.00 | 0.00 | |
| | **Subtotal** | | 10,000.00 | 566.21 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | $10,000.00 | $566.21 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******9166** | 10,000.00 | 566.21 | 9,433.79 |
| | $10,000.00 | $566.21 | $9,433.79 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 15, 2012

**Case Number:** 11-34325-ABG  
**Debtor Name:** YAKONSKYY, VYACHESLAV

Page: 1

**Date:** March 9, 2017  
**Time:** 01:02:34 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $1,750.00 | $0.00 | 1,750.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $76.65 | $0.00 | 76.65 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $2,030.00 | $0.00 | 2,030.00 |
| 1<br>610 | Commonwealth Edison Company<br>3 Lincoln Centre<br>Attn: Bankruptcy Dep.<br>Oakbrook Terrace, IL 60181 | Unsecured | History: Details1-109/14/2011Claim #1 filed by Commonwealth Edison Company, Amount claimed: $603.14 (Turk, Joshua )<br>--------------------------------------------------------------------------------* * * | $603.14 | $0.00 | 603.14 |
| 2<br>610 | Atlas Acquisitions LLC (Bank of America)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | History: Details2-112/17/2011Claim #2 filed by Atlas Acquisitions LLC (Bank of America), Amount claimed: $2606.23 (Schild, Avi )<br>--------------------------------------------------------------------------------* * * | $2,606.23 | $0.00 | 2,606.23 |
| 3<br>610 | Navistar Financial Corporation<br>425 N. Martingale Road, Suite 1800<br>Schaumburg, IL 60173 | Unsecured | History: Details3-112/19/2011Claim #3 filed by Navistar Financial Corporation, Amount claimed: $6189.60 (Reed, Kathleen ) This is an unsecures claim as it is a guarantee and on its face the vehicle is owned by a company and not the Debtor.<br>--------------------------------------------------------------------------------* * *<br>Equipment owned by related company, not owned by Debtor and therefore this is an unsecured guanrantee. | $6,189.60 | $0.00 | 6,189.60 |
| 4<br>610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | History: Details4-112/20/2011Claim #4 filed by Discover Bank, Amount claimed: $1238.12 (Caldwell, Teresa )<br>--------------------------------------------------------------------------------* * * | $1,238.12 | $0.00 | 1,238.12 |
| 5<br>610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | History: Details5-112/20/2011Claim #5 filed by Discover Bank, Amount claimed: $6444.65 (Caldwell, Teresa )<br>--------------------------------------------------------------------------------* * * | $6,444.65 | $0.00 | 6,444.65 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 15, 2012

| | |
|---|---|
| **Case Number:** 11-34325-ABG | |
| **Debtor Name:** YAKONSKYY, VYACHESLAV | |

Page: 2

**Date:** March 9, 2017
**Time:** 01:02:34 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 6 610 | CNH Capital America LLC<br>PO Box 3600<br>Lancaster, PA 17604 | Unsecured | History: Details6-112/27/2011Claim #6 filed by CNH Capital America LLC, Amount claimed: $14974.89 (Ponta, Danielle ) | $14,974.89 | $0.00 | 14,974.89 |
| 7 610 | CNH Capital America LLC<br>PO Box 3600<br>Lancaster, PA 17604 | Unsecured | History: Details7-112/27/2011Claim #7 filed by CNH Capital America LLC, Amount claimed: $30003.36 (Ponta, Danielle ) | $30,003.36 | $0.00 | 30,003.36 |
| 8 610 | CNH Capital America LLC<br>PO Box 3600<br>Lancaster, PA 17604 | Unsecured | History: Details8-112/27/2011Claim #8 filed by CNH Capital America LLC, Amount claimed: $32646.97 (Ponta, Danielle ) | $32,646.97 | $0.00 | 32,646.97 |
| 9 610 | Ajax Waste Services<br>P.O. Box 3909<br>Joliet, IL 60434-3909 | Unsecured | History: Details9-112/27/2011Claim #9 filed by Ajax Waste Services, Amount claimed: $1145.00 (Dragonetti, Alex ) | $1,145.00 | $0.00 | 1,145.00 |
| 10 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | History: Details10-101/02/2012Claim #10 filed by Chase Bank USA, N.A., Amount claimed: $8603.60 (Beckmann, Laura ) | $8,603.60 | $0.00 | 8,603.60 |
| 11 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | History: Details11-101/02/2012Claim #11 filed by Chase Bank USA, N.A., Amount claimed: $10049.82 (Beckmann, Laura ) | $10,049.82 | $0.00 | 10,049.82 |
| 12 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | History: Details12-101/03/2012Claim #12 filed by Chase Bank USA, N.A., Amount claimed: $23212.65 (Beckmann, Laura ) | $23,212.65 | $0.00 | 23,212.65 |
| 13 610 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | History: Details13-101/06/2012Claim #13 filed by Capital One Bank (USA), N.A., Amount claimed: $20838.68 (Hogan, Blake ) | $20,838.68 | $0.00 | 20,838.68 |
| 14 610 | Midland Funding LLC<br>Chase Bank USA NA WAMU<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | History: Details14-101/10/2012Claim #14 filed by Capital Recovery IV LLC, Amount claimed: $10784.77 (Singh, Ramesh ) | $10,784.77 | $0.00 | 10,784.77 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 15, 2012

**Case Number:** 11-34325-ABG
**Debtor Name:** YAKONSKYY, VYACHESLAV

Page: 3

**Date:** March 9, 2017
**Time:** 01:02:34 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15 610 | Midland Fubding LLC<br>Chase bank<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | History: Details15-101/10/2012Claim #15 filed by Capital Recovery IV LLC, Amount claimed: $20337.01 (Singh, Ramesh )<br>------------------------------------------------------------------------------* * * | $20,337.01 | $0.00 | 20,337.01 |
| 16 610 | Midland Funding<br>Midland Credit Management<br>PO Box 2011<br>Warren, MI 48090 | Unsecured | History: Details16-101/10/2012Claim #16 filed by Capital Recovery IV LLC, Amount claimed: $1790.49 (Singh, Ramesh )<br>------------------------------------------------------------------------------* * * | $1,790.49 | $0.00 | 1,790.49 |
| 17 610 | FIA CARD SERVICES, N.A.<br>Bank of America, N.A. (USA)<br>MBNA America Bank, N.A.,P.O. Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | History: Details17-101/23/2012Claim #17 filed by FIA CARD SERVICES, N.A., Amount claimed: $16503.52 (Toliver, Janell )<br>------------------------------------------------------------------------------* * * | $16,503.52 | $0.00 | 16,503.52 |
| 18 610 | FIA CARD SERVICES, N.A.<br>Bank of America, N.A. (USA)<br>MBNA America Bank, N.A.,P.O. Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | History: Details18-101/23/2012Claim #18 filed by FIA CARD SERVICES, N.A., Amount claimed: $2515.63 (Johnson, Derek )<br>------------------------------------------------------------------------------* * * | $2,515.63 | $0.00 | 2,515.63 |
| 19 610 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | History: Details19-101/27/2012Claim #19 filed by American Express Bank, FSB, Amount claimed: $3495.15 (Lee, Thomas )<br>------------------------------------------------------------------------------* * * | $3,495.15 | $0.00 | 3,495.15 |
| 20 610 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | History: Details20-101/27/2012Claim #20 filed by American Express Bank, FSB, Amount claimed: $3711.65 (Lee, Thomas )<br>------------------------------------------------------------------------------* * * | $3,711.65 | $0.00 | 3,711.65 |
| 21 610 | BMO Harris Bank, N.A., as the assignee<br>of the FDIC for Amcore Bank, N.A.,<br>Chicago, IL 60601 | Unsecured | History: Details21-102/15/2012Claim #21 filed by BMO Harris Bank, N.A., as the assignee, Amount claimed: $902154.10 (Parikh, Nisha )<br>------------------------------------------------------------------------------* * * | $902,154.10 | $0.00 | 902,154.10 |
| 22 610 | BMO Harris Bank, N.A., as the assignee<br>of the FDIC for Amcore Bank, N.A.,<br>Chicago, IL 60601 | Unsecured | History: Details22-102/15/2012Claim #22 filed by BMO Harris Bank, N.A., as the assignee, Amount claimed: $751036.35 (Parikh, Nisha )<br>------------------------------------------------------------------------------* * * | $751,036.35 | $0.00 | 751,036.35 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 15, 2012

**Case Number:** 11-34325-ABG  
**Debtor Name:** YAKONSKYY, VYACHESLAV

Page: 4

**Date:** March 9, 2017  
**Time:** 01:02:34 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 23 610 | BMO Harris Bank, N.A., as the assignee of the FDIC for Amcore Bank, N.A., Chicago, IL 60601 | Unsecured | History: Details23-102/15/2012Claim #23 filed by BMO Harris Bank, N.A., as the assignee, Amount claimed: $346806.39 (Parikh, Nisha ) | $346,806.39 | $0.00 | 346,806.39 |
| 24 610 | BMO Harris Bank, N.A., as the assignee of the FDIC for Amcore Bank, N.A., Chicago, IL 60601 | Unsecured | History: Details24-102/15/2012Claim #24 filed by BMO Harris Bank, N.A., as the assignee, Amount claimed: $301930.06 (Parikh, Nisha ) | $301,930.06 | $0.00 | 301,930.06 |
| 25 610 | CNH Capital America LLC PO Box 3600 Lancaster, PA 17604 | Unsecured | History: Details25-102/20/2012Claim #25 filed by CNH Capital America LLC, Amount claimed: $10798.36 (Ponta, Danielle ) | $10,798.36 | $0.00 | 10,798.36 |
| 26 610 | Elan Financial Services P.O. Box 5229 Cincinnati, OH 45201-5229 | Unsecured | History: Details26-102/27/2012Claim #26 filed by Elan Financial Services, Amount claimed: $0.00 (Secrest, Tina ) | $0.00 | $0.00 | 0.00 |
| 27 610 | JPMorgan Chase Bank, N.A. c/o Law Office of Douglas R. Johnson, P. 321 N. Clark,5th Flr. Chicago, IL 60654 | Unsecured | History: Details27-102/28/2012Claim #27 filed by JPMorgan Chase Bank, N.A., Amount claimed: $24916.62 (Johnson, Douglas ) | $24,916.62 | $0.00 | 24,916.62 |
| 28 610 | Elan Financial Services P.O. Box 5229 Cincinnati, OH 45201-5229 | Unsecured | History: Details28-102/29/2012Claim #28 filed by Elan Financial Services, Amount claimed: $8254.48 (Secrest, Tina ) | $8,254.48 | $0.00 | 8,254.48 |
| 29 610 | Yaroslav Kot c/o David P. Leibowitz Lakelaw,420 W. Clayton St. Waukegan, IL 60085 | Unsecured | History: Details29-103/14/2012Claim #29 filed by Yaroslav Kot, Amount claimed: $1035108.14 (Leibowitz, David ) | $1,035,108.14 | $0.00 | 1,035,108.14 |
| 30 610 | Ridgestone Bank c/o Stephen C. Voris and David Y. Paek, Chicago, IL 60611 | Unsecured | History: Details30-103/14/2012Claim #30 filed by Ridgestone Bank, Amount claimed: $319824.21 (Paek, David ) | $319,824.21 | $0.00 | 319,824.21 |
| 31 610 | Mohammad Ali Zahedi Patricia S. Zahedi,c/o Jonathan D. Golding, Esq.,500 N. Dearborn St., 2nd F Chicago, IL 60654 | Unsecured | History: Details31-103/15/2012Claim #31 filed by Mohammad Ali Zahedi, Amount claimed: $315234.04 (Dragonetti, Alex ) | $315,234.04 | $0.00 | 315,234.04 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 15, 2012

**Case Number:** 11-34325-ABG  
**Debtor Name:** YAKONSKYY, VYACHESLAV

Page: 5

**Date:** March 9, 2017  
**Time:** 01:02:34 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 32 610 | Mohammad Ali Zahedi, Patricia S. Zahedi, c/o Jonathan D. Golding, Esq., 500 N. Dearborn St., 2nd F, Chicago, IL 60654 | Unsecured | History: Details32-103/15/2012Claim #32 filed by Mohammad Ali Zahedi, Amount claimed: $85053.77 (Dragonetti, Alex)  ------------------------------------------------------------------------------* * * | $85,053.77 | $0.00 | 85,053.77 |
| 33 610 | Mohammad Ali Zahedi, Patricia S. Zahedi, c/o Jonathan D. Golding, Esq., 500 N. Dearborn St., 2nd F, Chicago, IL 60654 | Unsecured | History: Details33-103/15/2012Claim #33 filed by Mohammad Ali Zahedi, Amount claimed: $170107.52 (Dragonetti, Alex)  ------------------------------------------------------------------------------* * * | $170,107.52 | $0.00 | 170,107.52 |
| **<< Totals >>** | | | | 4,492,775.62 | 0.00 | 4,492,775.62 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 11-34325-ABG
Case Name: YAKONSKYY, VYACHESLAV
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:** $ 9,433.79

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 9,433.79

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 1,750.00 | 0.00 | 1,750.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 2,030.00 | 0.00 | 2,030.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 76.65 | 0.00 | 76.65 |

Total to be paid for chapter 7 administration expenses: $ 3,856.65
Remaining balance: $ 5,577.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,577.14

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 5,577.14 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,488,918.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 603.14 | 0.00 | 0.76 |
| 2 | Atlas Acquisitions LLC (Bank of America) | 2,606.23 | 0.00 | 3.24 |
| 3 | Navistar Financial Corporation | 6,189.60 | 0.00 | 7.69 |
| 4 | Discover Bank | 1,238.12 | 0.00 | 1.54 |
| 5 | Discover Bank | 6,444.65 | 0.00 | 8.01 |
| 6 | CNH Capital America LLC | 14,974.89 | 0.00 | 18.61 |
| 7 | CNH Capital America LLC | 30,003.36 | 0.00 | 37.28 |
| 8 | CNH Capital America LLC | 32,646.97 | 0.00 | 40.56 |
| 9 | Ajax Waste Services | 1,145.00 | 0.00 | 1.42 |
| 10 | Chase Bank USA, N.A. | 8,603.60 | 0.00 | 10.69 |
| 11 | Chase Bank USA, N.A. | 10,049.82 | 0.00 | 12.49 |
| 12 | Chase Bank USA, N.A. | 23,212.65 | 0.00 | 28.84 |
| 13 | Capital One Bank (USA), N.A. | 20,838.68 | 0.00 | 25.89 |
| 14 | Midland Funding LLC | 10,784.77 | 0.00 | 13.40 |
| 15 | Midland Fubding LLC | 20,337.01 | 0.00 | 25.27 |
| 16 | Midland Funding | 1,790.49 | 0.00 | 2.22 |

**UST Form 101-7-TFR (05/1/2011)**

| 17 | FIA CARD SERVICES, N.A. | 16,503.52 | 0.00 | 20.50 |
|---|---|---|---|---|
| 18 | FIA CARD SERVICES, N.A. | 2,515.63 | 0.00 | 3.13 |
| 19 | American Express Bank, FSB | 3,495.15 | 0.00 | 4.34 |
| 20 | American Express Bank, FSB | 3,711.65 | 0.00 | 4.61 |
| 21 | BMO Harris Bank, N.A., as the assignee | 902,154.10 | 0.00 | 1,120.85 |
| 22 | BMO Harris Bank, N.A., as the assignee | 751,036.35 | 0.00 | 933.10 |
| 23 | BMO Harris Bank, N.A., as the assignee | 346,806.39 | 0.00 | 430.88 |
| 24 | BMO Harris Bank, N.A., as the assignee | 301,930.06 | 0.00 | 375.12 |
| 25 | CNH Capital America LLC | 10,798.36 | 0.00 | 13.42 |
| 27 | JPMorgan Chase Bank, N.A. | 24,916.62 | 0.00 | 30.96 |
| 28 | Elan Financial Services | 8,254.48 | 0.00 | 10.26 |
| 29 | Yaroslav Kot | 1,035,108.14 | 0.00 | 1,286.04 |
| 30 | Ridgestone Bank | 319,824.21 | 0.00 | 397.36 |
| 31 | Mohammad Ali Zahedi | 315,234.04 | 0.00 | 391.65 |
| 32 | Mohammad Ali Zahedi | 85,053.77 | 0.00 | 105.67 |
| 33 | Mohammad Ali Zahedi | 170,107.52 | 0.00 | 211.34 |

Total to be paid for timely general unsecured claims:  $     5,577.14
Remaining balance:  $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:  $     0.00
Remaining balance:  $     0.00

**UST Form 101-7-TFR (05/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for subordinated claims: **$**   0.00
    Remaining balance: $   0.00

**UST Form 101-7-TFR (05/1/2011)**