UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) |
| | ) |
| **YAKONSKYY, VYACHESLAV** | ) Bankruptcy Case No. 11-34325 ABG |
| **YAKONSKA, IRYNA** | ) Chapter 7 |
| | ) |
| Debtor(s). | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 9, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

YAKONSKYY, VYACHESLAV
YAKONSKA, IRYNA
2830 BLACKTHORN ROAD
RAVENSWOOD, IL 60015

DAVID FREYDIN
LAW OFFICES OF DAVID FREYDIN L
4433 WEST TOUHY SUITE 405
LINCOLNWOOD, IL 60712

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

1	Commonwealth Edison Company

|    |    |
|----|----|
|    | 3 Lincoln Centre<br>Attn: Bankruptcy Dep.<br>Oakbrook Terrace, IL 60181 |
| 2  | Atlas Acquisitions LLC (Bank of America)<br>294 Union St.<br>Hackensack, NJ 07601 |
| 3  | Navistar Financial Corporation<br>425 N. Martingale Road, Suite 1800<br>Schaumburg, IL 60173 |
| 4  | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| 5  | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| 6  | CNH Capital America LLC<br>PO Box 3600<br>Lancaster, PA 17604 |
| 7  | CNH Capital America LLC<br>PO Box 3600<br>Lancaster, PA 17604 |
| 8  | CNH Capital America LLC<br>PO Box 3600<br>Lancaster, PA 17604 |
| 9  | Ajax Waste Services<br>P.O. Box 3909<br>Joliet, IL 60434-3909 |
| 10 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 |
| 11 | Chase Bank USA, N.A.<br>PO Box 15145 |

|    |    |
|----|----|
|    | Wilmington, DE 19850-5145 |
| 12 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 |
| 13 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 |
| 14 | Midland Funding LLC<br>Chase Bank USA NA WAMU<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 |
| 15 | Midland Fubding LLC<br>Chase bank<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 |
| 16 | Midland Funding<br>Midland Credit Management<br>PO Box 2011<br>Warren, MI 48090 |
| 17 | FIA CARD SERVICES, N.A.<br>Bank of America, N.A. (USA)<br>MBNA America Bank, N.A.,P.O. Box 15102<br>Wilmington, DE 19886-5102 |
| 18 | FIA CARD SERVICES, N.A.<br>Bank of America, N.A. (USA)<br>MBNA America Bank, N.A.,P.O. Box 15102<br>Wilmington, DE 19886-5102 |
| 19 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| 20 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001 |

|    |    |
|----|----|
|    | Malvern, PA 19355-0701 |
| 21 | BMO Harris Bank, N.A., as the assignee of the FDIC for Amcore Bank, N.A., Chicago, IL 60601 |
| 22 | BMO Harris Bank, N.A., as the assignee of the FDIC for Amcore Bank, N.A., Chicago, IL 60601 |
| 23 | BMO Harris Bank, N.A., as the assignee of the FDIC for Amcore Bank, N.A., Chicago, IL 60601 |
| 24 | BMO Harris Bank, N.A., as the assignee of the FDIC for Amcore Bank, N.A., Chicago, IL 60601 |
| 25 | CNH Capital America LLC PO Box 3600 Lancaster, PA 17604 |
| 26 | Elan Financial Services P.O. Box 5229 Cincinnati, OH 45201-5229 |
| 27 | JPMorgan Chase Bank, N.A. c/o Law Office of Douglas R. Johnson, P. 321 N. Clark,5th Flr. Chicago, IL 60654 |
| 28 | Elan Financial Services P.O. Box 5229 Cincinnati, OH 45201-5229 |
| 29 | Yaroslav Kot c/o David P. Leibowitz Lakelaw,420 W. Clayton St. Waukegan, IL 60085 |
| 30 | Ridgestone Bank c/o Stephen C. Voris and David Y. Paek, Chicago, IL 60611 |

| | | |
|---|---|---|
| 31 | | Mohammad Ali Zahedi |
| | | Patricia S. Zahedi,c/o Jonathan D. |
| | | Golding, Esq.,500 N. Dearborn St., 2nd F |
| | | Chicago, IL 60654 |
| 32 | | Mohammad Ali Zahedi |
| | | Patricia S. Zahedi,c/o Jonathan D. |
| | | Golding, Esq.,500 N. Dearborn St., 2nd F |
| | | Chicago, IL 60654 |
| 33 | | Mohammad Ali Zahedi |
| | | Patricia S. Zahedi,c/o Jonathan D. |
| | | Golding, Esq.,500 N. Dearborn St., 2nd F |
| | | Chicago, IL 60654 |

/s/ ILENE F. GOLDSTEIN

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402