**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: YAKONSKYY, VYACHESLAV     § Case No. 11-34325
      YAKONSKA, IRYNA                §
                                     §
Debtor(s)                          §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,354,358.88                 Assets Exempt: $11,600.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,577.14     Claims Discharged
                                                        Without Payment: $4,483,370.78

Total Expenses of Administration: $4,422.86

---

    3)  Total gross receipts of $     10,000.00   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00    (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,422.86 | 4,422.86 | 4,422.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 4,488,947.92 | 4,488,947.92 | 5,577.14 |
| **TOTAL DISBURSEMENTS** | $0.00 | $4,493,370.78 | $4,493,370.78 | $10,000.00 |

4) This case was originally filed under Chapter 7 on August 22, 2011. The case was pending for 75 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/27/2017           By: /s/ILENE F. GOLDSTEIN
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Stock in Corporation | 1229-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ILENE F. GOLDSTEIN | 2100-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| Attorney for Trustee Fees (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3110-000 | N/A | 2,030.00 | 2,030.00 | 2,030.00 |
| Attorney for Trustee Expenses (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3120-000 | N/A | 76.65 | 76.65 | 76.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.54 | 10.54 | 10.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.84 | 14.84 | 14.84 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.38 | 13.38 | 13.38 |
| Other - INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 10.29 | 10.29 | 10.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.84 | 13.84 | 13.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.24 | 15.24 | 15.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.27 | 14.27 | 14.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.77 | 13.77 | 13.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.65 | 15.65 | 15.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.73 | 13.73 | 13.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.13 | 15.13 | 15.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.63 | 14.63 | 14.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.73 | 12.73 | 12.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.01 | 16.01 | 16.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.10 | 14.10 | 14.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.14 | 13.14 | 13.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.00 | 15.00 | 15.00 |
| Other - Arthur B. Levine Company | 2300-000 | N/A | 5.31 | 5.31 | 5.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.04 | 14.04 | 14.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.54 | 13.54 | 13.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.92 | 14.92 | 14.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.43 | 14.43 | 14.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.48 | 13.48 | 13.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.86 | 14.86 | 14.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.91 | 13.91 | 13.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.42 | 13.42 | 13.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.26 | 15.26 | 15.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.35 | 13.35 | 13.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.33 | 13.33 | 13.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.15 | 15.15 | 15.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.29 | 13.29 | 13.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.27 | 13.27 | 13.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.08 | 15.08 | 15.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.23 | 13.23 | 13.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.04 | 15.04 | 15.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.65 | 13.65 | 13.65 |

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.17 | 13.17 | 13.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.52 | 14.52 | 14.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.59 | 13.59 | 13.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.51 | 14.51 | 14.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.68 | 12.68 | 12.68 |
| Other - Inrternational Sureties, Ltd | 2300-000 | N/A | 2.89 | 2.89 | 2.89 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$4,422.86** | **$4,422.86** | **$4,422.86** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 7100-000 | N/A | 603.14 | 603.14 | 0.00 |
| 2 | Atlas Acquisitions LLC (Bank of America) | 7100-000 | N/A | 2,606.23 | 2,606.23 | 0.00 |
| 3 | Navistar Financial Corporation | 7100-000 | N/A | 6,189.60 | 6,189.60 | 0.00 |
| 4 | Discover Bank | 7100-000 | N/A | 1,238.12 | 1,238.12 | 0.00 |
| 5 | Discover Bank | 7100-000 | N/A | 6,444.65 | 6,444.65 | 8.01 |
| 6 | CNH Capital America LLC | 7100-000 | N/A | 14,974.89 | 14,974.89 | 18.61 |
| 7 | CNH Capital America LLC | 7100-000 | N/A | 30,003.36 | 30,003.36 | 37.28 |
| 8 | CNH Capital America LLC | 7100-000 | N/A | 32,646.97 | 32,646.97 | 40.56 |

**UST Form 101-7-TDR (10/1/2010)**

| # | Claimant | Code | | Amount | Amount | Paid |
|---|---|---|---|---|---|---|
| 9 | Ajax Waste Services | 7100-000 | N/A | 1,145.00 | 1,145.00 | 0.00 |
| 10 | Chase Bank USA, N.A. | 7100-000 | N/A | 8,603.60 | 8,603.60 | 10.69 |
| 11 | Chase Bank USA, N.A. | 7100-000 | N/A | 10,049.82 | 10,049.82 | 12.49 |
| 12 | Chase Bank USA, N.A. | 7100-000 | N/A | 23,212.65 | 23,212.65 | 28.84 |
| 13 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 20,838.68 | 20,838.68 | 25.89 |
| 14 | Midland Funding LLC | 7100-000 | N/A | 10,784.77 | 10,784.77 | 13.40 |
| 15 | Midland Fubding LLC | 7100-000 | N/A | 20,337.01 | 20,337.01 | 25.27 |
| 16 | Midland Funding | 7100-000 | N/A | 1,790.49 | 1,790.49 | 0.00 |
| 17 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 16,503.52 | 16,503.52 | 20.50 |
| 18 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 2,515.63 | 2,515.63 | 0.00 |
| 19 | American Express Bank, FSB | 7100-000 | N/A | 3,495.15 | 3,495.15 | 0.00 |
| 20 | American Express Bank, FSB | 7100-000 | N/A | 3,711.65 | 3,711.65 | 0.00 |
| 21 | BMO Harris Bank, N.A., as the assignee | 7100-000 | N/A | 902,154.10 | 902,154.10 | 1,120.85 |
| 22 | BMO Harris Bank, N.A., as the assignee | 7100-000 | N/A | 751,036.35 | 751,036.35 | 933.10 |
| 23 | BMO Harris Bank, N.A., as the assignee | 7100-000 | N/A | 346,806.39 | 346,806.39 | 430.88 |
| 24 | BMO Harris Bank, N.A., as the assignee | 7100-000 | N/A | 301,930.06 | 301,930.06 | 375.12 |
| 25 | CNH Capital America LLC | 7100-000 | N/A | 10,798.36 | 10,798.36 | 13.42 |
| 26 | Elan Financial Services | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 27 | JPMorgan Chase Bank, N.A. | 7100-000 | N/A | 24,916.62 | 24,916.62 | 30.96 |
| 28 | Elan Financial Services | 7100-000 | N/A | 8,254.48 | 8,254.48 | 10.26 |
| 29 | Yaroslav Kot | 7100-000 | N/A | 1,035,108.14 | 1,035,108.14 | 1,286.04 |
| 30 | Ridgestone Bank | 7100-000 | N/A | 319,824.21 | 319,824.21 | 397.36 |
| 31 | Mohammad Ali Zahedi | 7100-000 | N/A | 315,234.04 | 315,234.04 | 391.65 |
| 32 | Mohammad Ali Zahedi | 7100-000 | N/A | 85,053.77 | 85,053.77 | 105.67 |
| 33 | Mohammad Ali Zahedi | 7100-000 | N/A | 170,107.52 | 170,107.52 | 211.34 |
| | Clerk of the Court | 7100-000 | N/A | 21.26 | 21.26 | 21.26 |
| | Clerk of the Court | 7100-000 | N/A | 7.69 | 7.69 | 7.69 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $4,488,947.92 | $4,488,947.92 | $5,577.14 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-34325  
**Case Name:** YAKONSKYY, VYACHESLAV  
YAKONSKA, IRYNA  
**Period Ending:** 11/27/17

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 08/22/11 (f)  
**§341(a) Meeting Date:** 09/19/11  
**Claims Bar Date:** 03/15/12

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1  House;, Location: 2830 Blackthorn Road, Deerfiel  Orig. Asset Memo: Imported from original petition Doc# 1 | 500,000.00 | 0.00 | OA | 0.00 | FA |
| 2  House;, Location: 1927 N. 77th Ave., Elmwood Par  Orig. Asset Memo: Imported from original petition Doc# 1 | 200,000.00 | 0.00 | OA | 0.00 | FA |
| 3  2-Flat;, Location: 2424 W. Ohio St., Chicago, IL  Orig. Asset Memo: Imported from original petition Doc# 1 | 250,000.00 | 0.00 | OA | 0.00 | FA |
| 4  Commercial space;, Location: 1121 N. Western Ave  Orig. Asset Memo: Imported from original petition Doc# 1 | 350,000.00 | 0.00 | | 0.00 | FA |
| 5  Currency  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 6  Business Checking account at 5/3 Bank  Orig. Asset Memo: Imported from original petition Doc# 1 | 558.88 | 558.88 | | 0.00 | FA |
| 7  Business checking at Chase Bank  Orig. Asset Memo: Imported from original petition Doc# 1 | 4,000.00 | 2,000.00 | | 0.00 | FA |
| 8  Furniture and appliances  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 9  Clothes  Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 10  Jewelry  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 11  100% owner of IMVM, Inc.  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12  100% owner of VivaMax, Inc. | 0.00 | 0.00 | | 0.00 | FA |

Printed: 11/27/2017 03:28 PM    V.13.30

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-34325  
**Case Name:** YAKONSKYY, VYACHESLAV  
YAKONSKA, IRYNA  
**Period Ending:** 11/27/17

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 08/22/11 (f)  
**§341(a) Meeting Date:** 09/19/11  
**Claims Bar Date:** 03/15/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13  2003 Mercedes E320; Mileage: 57,508, title held<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 5,000.00 | 200.00 | | 0.00 | FA |
| 14  2000 Volvo truck; Mileage: 1,100,000; engine ove<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 15  2005 Utility trailer; title held by VivaMax, Inc<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 9,000.00 | 2,000.00 | | 0.00 | FA |
| 16  Equipment used in business<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 17  Stock in Corporation  (u) | Unknown | Unknown | | 10,000.00 | FA |
| 18  9458 Kelvin Lane, Unit 108, Schiller Park, IL  (u) | 30,000.00 | 0.00 | OA | 0.00 | FA |
| 18  Assets   Totals (Excluding unknown values) | $1,354,358.88 | $6,758.88 | | $10,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE BECAME THE SUCCESSOR TRUSTEE ON DECEMBER 15, 2011.  A CREDITOR HAD INITATED A 523/727 COMPLAINT AND THE TRUSTEE WAS AWAITING DETERMINATION IN THAT CASE.  ALL OF THE COUNTS HAVE BEEN DISMISSED WITH PREJUIDICE AS OF AUGUST 2015.   THE TRUSTEE IS FILING FINAL TAX RETURNS AND CLOSING THE ESTATE.

STATUS jANUARY 2017: CERTAIN CREDITORS HAD REQUESTED THAT THE TRUSTEE FOLLOW UP ON POTENTIAL ADDITIONAL ASSETS. tHE TRUSTEE SPENT CONSIderable TIME DOING SO HOWEVER THE INFORMATION THE CREDITORS HAD WAS NOT COMPLETE AND THERE WERE BONA FIDE LIENS ON THE PROPERTY

tHIS CASE IS ADMINISTRATIVELY INSOLVENT HAVING CLOSE TO 4 1/2 MILLION DOLLARS OF CLAIMS AND APPROXIMATELY $9400 IN THE BANK. tHE TRUSTEE PLANS TO FILE HER FINAL REPORT AS IT ADMINISTRATIVELY INSOLVENT CASE. tHIS SHOULD BE DONE BY aPRIL 2017.

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 11-34325  
**Case Name:** YAKONSKYY, VYACHESLAV  
YAKONSKA, IRYNA  
**Period Ending:** 11/27/17

**Trustee:**     (330290)    ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 08/22/11 (f)  
**§341(a) Meeting Date:** 09/19/11  
**Claims Bar Date:** 03/15/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   March 31, 2013    **Current Projected Date Of Final Report (TFR):**   June 30, 2017

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 11-34325  
**Case Name:** YAKONSKYY, VYACHESLAV  
YAKONSKA, IRYNA  
**Taxpayer ID #:** **-***1408  
**Period Ending:** 11/27/17  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/06/13 | {17} | Kott/CFA David Leibovits | Sale of interest in Corporation | 1229-000 | 6,000.00 | | 6,000.00 |
| 12/06/13 | {17} | Kott /LiebowitzIOLTA account | Sale of interest in corporation | 1229-000 | 4,000.00 | | 10,000.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.54 | 9,989.46 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.84 | 9,974.62 |
| 02/25/14 | 101 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #11-34325, Bond Premium Voided on 03/07/14 | 2300-000 | | 12.76 | 9,961.86 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.38 | 9,948.48 |
| 03/07/14 | 101 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #11-34325, Bond Premium Voided: check issued on 02/25/14 | 2300-000 | | -12.76 | 9,961.24 |
| 03/07/14 | 102 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #11-34325, Bond Premium Voided on 03/10/14 | 2300-000 | | 10.29 | 9,950.95 |
| 03/10/14 | 102 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #11-34325, Bond Premium Voided: check issued on 03/07/14 | 2300-000 | | -10.29 | 9,961.24 |
| 03/10/14 | 103 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/10/2014 FOR CASE #11-34325, Bond Premium | 2300-000 | | 10.29 | 9,950.95 |
| 03/10/14 | 104 | Cook County Recorder of Deeds | CHAPTER 7 ADMIN. Recording Interest in Real Estate Voided on 04/26/15 | 2990-000 | | 43.25 | 9,907.70 |
| 03/10/14 | 105 | Cook County Recorder of Deeds | Recoration Fee Stopped on 04/26/15 | 2990-000 | | 9.00 | 9,898.70 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.84 | 9,884.86 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.24 | 9,869.62 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.27 | 9,855.35 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.77 | 9,841.58 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.65 | 9,825.93 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.73 | 9,812.20 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.13 | 9,797.07 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.63 | 9,782.44 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.73 | 9,769.71 |

Subtotals :          $10,000.00          $230.29

{} Asset reference(s)                                                     Printed: 11/27/2017 03:28 PM    V.13.30

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-34325  
**Case Name:** YAKONSKYY, VYACHESLAV  
YAKONSKA, IRYNA  
**Taxpayer ID #:** **-***1408  
**Period Ending:** 11/27/17

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9166 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.01 | 9,753.70 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.10 | 9,739.60 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.14 | 9,726.46 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.00 | 9,711.46 |
| 04/03/15 | 106 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #11-34325, Bond | 2300-000 | | 5.31 | 9,706.15 |
| 04/26/15 | 104 | Cook County Recorder of Deeds | CHAPTER 7 ADMIN. Recording Interest in Real Estate  Voided: check issued on 03/10/14 | 2990-000 | | -43.25 | 9,749.40 |
| 04/26/15 | 105 | Cook County Recorder of Deeds | Recoration Fee  Stopped: check issued on 03/10/14 | 2990-000 | | -9.00 | 9,758.40 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.04 | 9,744.36 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.54 | 9,730.82 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.92 | 9,715.90 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.43 | 9,701.47 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.48 | 9,687.99 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.86 | 9,673.13 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.91 | 9,659.22 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.42 | 9,645.80 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.26 | 9,630.54 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.35 | 9,617.19 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.33 | 9,603.86 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.15 | 9,588.71 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.29 | 9,575.42 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.27 | 9,562.15 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.08 | 9,547.07 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.23 | 9,533.84 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.04 | 9,518.80 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.65 | 9,505.15 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.17 | 9,491.98 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.52 | 9,477.46 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.59 | 9,463.87 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.51 | 9,449.36 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.68 | 9,436.68 |
| 03/02/17 | 107 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE | 2300-000 | | 2.89 | 9,433.79 |

Subtotals :    $0.00    $335.92

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 11-34325 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | YAKONSKYY, VYACHESLAV | | Bank Name: | Rabobank, N.A. |
| | YAKONSKA, IRYNA | | Account: | ******9166 - Checking Account |
| Taxpayer ID #: | **-***1408 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/27/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | #11-34325 Voided on 03/02/17 | | | | |
| 03/02/17 | 107 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #11-34325 Voided: check issued on 03/02/17 | 2300-000 | | -2.89 | 9,436.68 |
| 03/02/17 | 108 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #11-34325 Voided on 03/02/17 | 2300-000 | | 2.89 | 9,433.79 |
| 03/02/17 | 108 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #11-34325 Voided: check issued on 03/02/17 | 2300-000 | | -2.89 | 9,436.68 |
| 03/02/17 | 109 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #11-34325, Bond | 2300-000 | | 2.89 | 9,433.79 |
| 04/01/17 | 110 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $1,750.00, Trustee Compensation;  Reference: | 2100-000 | | 1,750.00 | 7,683.79 |
| 04/01/17 | 111 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $76.65, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 76.65 | 7,607.14 |
| 04/01/17 | 112 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $2,030.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,030.00 | 5,577.14 |
| 04/01/17 | 113 | Navistar Financial Corporation | Dividend paid 0.12% on $6,189.60; Claim# 3; Filed: $6,189.60; Reference: Stopped on 10/18/17 | 7100-000 | | 7.69 | 5,569.45 |
| 04/01/17 | 114 | Discover Bank | Dividend paid 0.12% on $6,444.65; Claim# 5; Filed: $6,444.65; Reference: | 7100-000 | | 8.01 | 5,561.44 |
| 04/01/17 | 115 | CNH Capital America LLC | Dividend paid 0.12% on $14,974.89; Claim# 6; Filed: $14,974.89; Reference: | 7100-000 | | 18.61 | 5,542.83 |
| 04/01/17 | 116 | CNH Capital America LLC | Dividend paid 0.12% on $30,003.36; Claim# 7; Filed: $30,003.36; Reference: | 7100-000 | | 37.28 | 5,505.55 |
| 04/01/17 | 117 | CNH Capital America LLC | Dividend paid 0.12% on $32,646.97; Claim# 8; Filed: $32,646.97; Reference: | 7100-000 | | 40.56 | 5,464.99 |
| 04/01/17 | 118 | Chase Bank USA, N.A. | Dividend paid 0.12% on $8,603.60; Claim# 10; Filed: $8,603.60; Reference: | 7100-000 | | 10.69 | 5,454.30 |
| 04/01/17 | 119 | Chase Bank USA, N.A. | Dividend paid 0.12% on $10,049.82; Claim# 11; Filed: $10,049.82; Reference: | 7100-000 | | 12.49 | 5,441.81 |
| 04/01/17 | 120 | Chase Bank USA, N.A. | Dividend paid 0.12% on $23,212.65; Claim# | 7100-000 | | 28.84 | 5,412.97 |

Subtotals :  $0.00  $4,020.82

{} Asset reference(s)    Printed: 11/27/2017 03:28 PM    V.13.30

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 11-34325  
**Case Name:** YAKONSKYY, VYACHESLAV  
YAKONSKA, IRYNA  
**Taxpayer ID #:** **-***1408  
**Period Ending:** 11/27/17

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9166 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | 12; Filed: $23,212.65; Reference: | | | | |
| 04/01/17 | 121 | Capital One Bank (USA), N.A. | Dividend paid  0.12% on $20,838.68; Claim# 13; Filed: $20,838.68; Reference: | 7100-000 | | 25.89 | 5,387.08 |
| 04/01/17 | 122 | Midland Funding LLC | Dividend paid  0.12% on $10,784.77; Claim# 14; Filed: $10,784.77; Reference: | 7100-000 | | 13.40 | 5,373.68 |
| 04/01/17 | 123 | Midland Fubding LLC | Dividend paid  0.12% on $20,337.01; Claim# 15; Filed: $20,337.01; Reference: | 7100-000 | | 25.27 | 5,348.41 |
| 04/01/17 | 124 | FIA CARD SERVICES, N.A. | Dividend paid  0.12% on $16,503.52; Claim# 17; Filed: $16,503.52; Reference: | 7100-000 | | 20.50 | 5,327.91 |
| 04/01/17 | 125 | BMO Harris Bank, N.A., as the assignee | Dividend paid  0.12% on $902,154.10; Claim# 21; Filed: $902,154.10; Reference: | 7100-000 | | 1,120.85 | 4,207.06 |
| 04/01/17 | 126 | BMO Harris Bank, N.A., as the assignee | Dividend paid  0.12% on $751,036.35; Claim# 22; Filed: $751,036.35; Reference: | 7100-000 | | 933.10 | 3,273.96 |
| 04/01/17 | 127 | BMO Harris Bank, N.A., as the assignee | Dividend paid  0.12% on $346,806.39; Claim# 23; Filed: $346,806.39; Reference: | 7100-000 | | 430.88 | 2,843.08 |
| 04/01/17 | 128 | BMO Harris Bank, N.A., as the assignee | Dividend paid  0.12% on $301,930.06; Claim# 24; Filed: $301,930.06; Reference: | 7100-000 | | 375.12 | 2,467.96 |
| 04/01/17 | 129 | CNH Capital America LLC | Dividend paid  0.12% on $10,798.36; Claim# 25; Filed: $10,798.36; Reference: | 7100-000 | | 13.42 | 2,454.54 |
| 04/01/17 | 130 | JPMorgan Chase Bank, N.A. | Dividend paid  0.12% on $24,916.62; Claim# 27; Filed: $24,916.62; Reference: | 7100-000 | | 30.96 | 2,423.58 |
| 04/01/17 | 131 | Elan Financial Services | Dividend paid  0.12% on $8,254.48; Claim# 28; Filed: $8,254.48; Reference: | 7100-000 | | 10.26 | 2,413.32 |
| 04/01/17 | 132 | Yaroslav Kot | Dividend paid  0.12% on $1,035,108.14; Claim# 29; Filed: $1,035,108.14; Reference: | 7100-000 | | 1,286.04 | 1,127.28 |
| 04/01/17 | 133 | Ridgestone Bank | Dividend paid  0.12% on $319,824.21; Claim# 30; Filed: $319,824.21; Reference: Stopped on 10/18/17 | 7100-000 | | 397.36 | 729.92 |
| 04/01/17 | 134 | Mohammad Ali Zahedi | Dividend paid  0.12% on $315,234.04; Claim# 31; Filed: $315,234.04; Reference: | 7100-000 | | 391.65 | 338.27 |
| 04/01/17 | 135 | Mohammad Ali Zahedi | Dividend paid  0.12% on $85,053.77; Claim# 32; Filed: $85,053.77; Reference: | 7100-000 | | 105.67 | 232.60 |
| 04/01/17 | 136 | Mohammad Ali Zahedi | Dividend paid  0.12% on $170,107.52; Claim# 33; Filed: $170,107.52; Reference: | 7100-000 | | 211.34 | 21.26 |
| 04/01/17 | 137 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Stopped on 10/18/17 | 7100-000 | | 21.26 | 0.00 |
| 10/18/17 | 113 | Navistar Financial Corporation | Dividend paid  0.12% on $6,189.60; Claim# 3; Filed: $6,189.60; Reference: Stopped: check issued on 04/01/17 | 7100-000 | | -7.69 | 7.69 |

Subtotals :   $0.00   $5,405.28

{} Asset reference(s)

Printed: 11/27/2017 03:28 PM   V.13.30

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 5

| **Case Number:** | 11-34325 | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| --- | --- | --- | --- | --- |
| **Case Name:** | YAKONSKYY, VYACHESLAV | | **Bank Name:** | Rabobank, N.A. |
| | YAKONSKA, IRYNA | | **Account:** | ******9166 - Checking Account |
| **Taxpayer ID #:** | **-***1408 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 11/27/17 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/18/17 | 133 | Ridgestone Bank | Dividend paid 0.12% on $319,824.21; Claim# 30; Filed: $319,824.21; Reference: Stopped: check issued on 04/01/17 | 7100-000 | | -397.36 | 405.05 |
| 10/18/17 | 137 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Stopped: check issued on 04/01/17 | 7100-000 | | -21.26 | 426.31 |
| 10/18/17 | 138 | Clerk of the Court | Combined small check | 7100-000 | | 21.26 | 405.05 |
| 10/18/17 | 139 | Ridgestone Bank | Replacement Check for Distribution | 7100-000 | | 397.36 | 7.69 |
| 10/18/17 | 140 | Clerk of the Court | Deposit of Unclaimed Funds | 7100-000 | | 7.69 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,000.00 | 10,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,000.00 | 10,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,000.00** | **$10,000.00** | |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| **Checking # ******9166** | 10,000.00 | 10,000.00 | 0.00 |
| | $10,000.00 | $10,000.00 | $0.00 |